C.B. 7,880.97   BAL - ~~7,088~~ 7,088 £
A. 411.00  9/2   AVA - 411.00

Date: 5/11/11   **COMPLETE LEGIBLY!**

First Name: _____   M.I.: ___ st Name: _____

Shipping Address: _____

City: _____   State: ____   Zip: ____

Billing Address: _____

ty: _____   State: ____   Zip: ____

mary Phone ( _____ )   Alternate Phone (____) ____

ai debt $ 10,000   Total cards 2CC   DOB

_____   other's Maiden Name: _____

name: Sears   Account # _____

e: $ 5,673 93   Available: $ 1,922   L/P $ 200 5'   N/P $ ____

y name _____   p. Date ____   C   ↑20%

$ 995   Notes: $2500 savings

one number: 1-800-669-8488

VE: SS# / DOB / MMN / ALSO NOTE ANY ADDITIONAL ACCOUNTS & BANK NAME

dress: _____   PACK & SHIP   LIVE

Capital One @ 4,657 13   112%

BEST TIME TO CALL: ____ AM/PM

Jessica Henkel   Closer:

Ver. Agent

CCD1   SALES FORM   *5,000*

DATE: 12/27 TIME: 1:00 PM QUALIFIER: JULIE CLOSER: Christie Diam
STIGGERS

CLIENT INFO:
FIRST NAME: _____ M.I.: ____ ST: _____
ADDRESS: _____
CITY: _____ STATE: NM ZIP: _____
PHONE: _____ ALTERNATE: _____
EMAIL ADDRESS: _____
#OF CARDS: 4 TOTAL DEBT: 17,000 N5/

BANKING INFO: (ONLY PLACE FEE ON CARD TO AUTHORIZE
CARD 1: BANK FIRST NATIONAL BALANCE: 11,598 25 AVAIL: 9401 75
NAME OF PRIMARY CARDHOLDER: _____ LAST NAME: _____
ACCT#: _____
BILLING ADD ON THIS CARD: _____
INT.%: 19.99% MIN.PAYMNT: 23/ LST.PAYMNT:$ 600 NXT.PYMNT:$ ____ FEE$: 1295
10.49/121  A.10,515.00

CARD 2: BANK: _____ BALANCE: _____ AVAIL: _____
NAME OF PRIMARY CARDHOLDER: _____ M.I. LAST NAME: _____
ACCT#: _____
BILLING ADD ON THIS CARD: SAME
INT.%: MIN.PAYMNT: LST.PAYMNT:$ ____ NXT.PYMNT:$ ____ FEE$:

CLOSED   Sylvia
CARD 2: BANK: _____ BALANCE: _____ AVAIL: _____   8/28/12
NAME OF PRIMARY CARDHOLDER: _____ M.I. LAST NAME: _____
ACCT#: ____ - ____ - ____ EXP __/__ CVC: ____
BILLING ADD ON THIS CARD: _____
INT.%: MIN.PAYMNT: LST.PAYMNT:$ ____ NXT.PYMNT:$ ____ FEE$:

CARD 2: BANK: _____ BALANCE: _____ AVAIL: _____
NAME OF PRIMARY CARDHOLDER: _____ M.I. LAST NAME: _____
ACCT#: ____ - ____ - ____ EXP __/__ CVC: ____
BILLING ADD ON THIS CARD: _____
INT.%: MIN.PAYMNT: LST.PAYMNT:$ ____ NXT.PYMNT:$ ____ FEE$:

LAST 4 OF SS#: 4514 DATE OF BIRTH: 8/6/144 MO.MAIDEN: Samora

VERIFIER: Mari VERIFICATION#: 3318 AUTH#: _____
*NOTES BTDI / #3200 — GM BANK #1000

NO Answer 5/11

Document        2:18:00 PM



**Contact**                    Customer Number **22237**

Contact
Home Phone                              Address
Mobile Phone                            Country        **United States**
Work Phone          Ext                 E-mail

                                **Website Login Info:**   Username          Password

Date of Sale **7/12/2012**     Verifier **K'Lee**                          Exp Date
Amount Paid **$638.00**        Credit Card Number                          CVV Code

**Status**                                    Last edited by    Anthony Rendel
ID/Status          Customer                   Edited On         7/19/2012
Last Results       **Agreement Received**     Created On        7/12/2012

**Property Info**

Ad Number 1   **rf181987**        Ad Number 2   **rf132326**         Ad Number 3
Property 1    **Summer Bay Resort**   Property 2  **Silverleaf's Hill Country    Property 3   **NA**
                                                  Resort**

Week Number 1   **14**            Week Number 2   **51**             Week Number 3
Unit Number 1   **Floating**      Unit Number 2   **Floating**       Unit Number 3
Unit Size 1     **2 / 2**         Unit Size 2     **4 / 4**          Unit Size 3
Sale Price 1    **$26,000.00**    Sale Price 2    **$3200.00**       Sale Price 3
Rental Price 1  **$2800.00**      Rental Price 2  **$3200.00**       Rental Price 3
Sale - Rental   Rental is for 1 week   Sale - Rental   Christmas break week!   Sale - Rental
Notes 1                                Notes 2                                  Notes 3

**Notes, Documents**

| Date | Time | Regarding | Record Manager |
| --- | --- | --- | --- |
| 6/11/2012 4:46:00 PM | 4:46 | no email, mailed only | Anthony Rendel |

**Einikis Attachment B
Page 39 of 93**

PX 21, Page 96

Mike V.    GKR

Date: 8.22.14     Fronter: ▓▓▓     Closer: Mak Fenklin

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓   State: WA Zip: ▓▓▓   DB: ▓▓▓

Home Phone: ▓▓▓▓▓▓▓   Alternate Phone: (   )

Email: ▓▓▓▓▓▓▓▓▓▓   SS #: ▓▓▓

# of cards: 2   Total Debt: credit   MMN: ▓▓▓

---

**#1**

Bank Name: US bank (Visa)   14.99%

Account #: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   CV

Bal: $ 15,022.56   Avail: $ 1,000.00 LP: $   NP: $

Name on card: ▓▓▓▓▓   Fee: $ 899

Charge this card: YES / NO
20:

---

**#2**

Bank Name: discover   %

Account #: 6011-   —   —   Exp:   /   CVC:

Bal: $ 1500   Avail: $   LP: $   NP: $

Name on card:   Fee: $

Charge this card: YES / NO

---

**#3**

Bank Name:   %

Account #:   Exp:   /   CVC:

Bal: $   Avail: $   LP: $   NP: $

Name on card:   Fee: $

Charge this card: YES / NO

---

Fee Charged: $   Verifier: 6253   FA:

Comments:

Date Charged:

Appt MON 6.pm

FTC-PLS-S1-0000096

Date: 9,3,14   Fronter: mike V   Closer: Frank

Name: _____

Address: _____

City: _____   State: ARKansas   DOB: _____

Home Phone _____   Alternate Phone: ( )

3,792 Saving   Email: _____   SS #: _____

2,496 fee   # of cards: (1)   Total Debt: Credit   MMN: _____

#1

Bank Name: _____ discover   1799 %

Account #: _____   Exp: _____   CVC: _____

Bal: $334.4   Avail: $2,610.00 $317.60 NP: $ _____

Name on card: _____   Fee: $ 2,496

Charge this card: YES / NO

#2

Bank Name: _____ %

Account #: _____   Exp: / _____   CVC: _____

Bal: $ _____   Avail: $ _____   LP: $ _____   NP: $ _____

Name on card: _____   Fee: $ _____

Charge this card: YES / NO

#3

Bank Name: _____ %

Account #: _____   Exp: / _____   CVC: _____

Bal: $ _____   Avail: $ _____   LP: $ _____   NP: $ _____

Name on card: _____   Fee: $ _____

Charge this card: YES / NO

Fee Charged: $ _____   Verifier: Maria   PA: _____

Comments: _____

Date Charged: _____   6573

FTC-PLS-S1-0000098

**Einikis Attachment B
Page 41 of 93**

PX 21, Page 98

CLB MON 3/16
4:30 pm.

## Downtown Office

**Please take your time filling out your form completely & legibly.**

M / T / W / Th/ F / S      DATE :      /      /   2015 @  :  AM/PM

Name: _____      SS: _____

Address: _____      City: _____

State: ___NV___   Zip _____      Phone _____

Email address: _____      Alternative Phone: _____

FEE: _____      SAVINGS: _____

Debt:  25 K      Cards:  7-8

1)  Bank: _____   CVC: _____   EXP: __/__

CC#: _____   PRCT: _____ %

B: _____ A: _____ L: _____ N: _____

2)  Bank: _____   CVC: _____   EXP: __/__

CC#: _____   PRCT: _____ %

B: _____ A: _____ L: _____ N: _____

Fronter :  Lloyd      D.O.B: _____   MMN : _____

Closer : _____      Best Contact Time : _____

Verification # : _____      Verification Rep : REN / COLLEEN / SHANNON

**Einikis Attachment B
Page 42 of 93**

PX 21, Page 99



| | Username: |
|---|---|
| Contact | Address |
| Home Phone | |
| Mobile Phone | Country |
| Work Phone          Ext | E-mail |

**Website Login Info:** Username

Verifier **Aidan Lambe**
Credit Card Number **On file**

Date of Sale **12/7/2010**
Amount Paid **$1,445.00**

Exp Date **NA**
CVV Code **NA**

**Status**
ID/Status          Customer          Last edited by   dbAdmin
Last Results   **Agreement Mailed**   Edited On   12/8/2010
                                       Created On   12/8/2010

**Property Info**

| Ad Number 1 **r184348** | Ad Number 2 **r137735** | Ad Number 3 |
|---|---|---|
| Property 1 **Sheraton Vistana Villages** | Property 2 **Scottsdale Villa Mirage** | Property 3 **NA** |
| Week Number 1 **FLT** | Week Number 2 **FLT** | Week Number 3 |
| Unit Number 1 **FLT** | Unit Number 2 **FLT** | Unit Number 3 |
| Unit Size 1 **2 / 2 L/O** | Unit Size 2 **1 / 1** | Unit Size 3 |
| Sale Price 1 **$15,000.00** | Sale Price 2 **$8500.00** | Sale Price 3 |
| Rental Price 1 **$1200.00** | Rental Price 2 **$1000.00** | Rental Price 3 |
| Sale - Rental Notes 1   Sale and Rental prices are negotiable. | Sale - Rental Notes 2   Sale and Rental prices are negotiable. | Sale - Rental Notes 3 |

**Notes, Documents**

| Result | Date | Time | Regarding & Details | Record Manager |
|---|---|---|---|---|
| Library Document | 12/8/2010 6:11:00 PM | 6:11 | \rtf 21409 Snowfleet Sale WS.jpg\par | dbAdmin |
| Library Document | 12/8/2010 6:23:00 PM | 6:23 | \rtf ResortLine Agreement - Snowfleet.pdf\par | dbAdmin |
| Library Document | 12/8/2010 6:09:00 PM | 6:09 | \rtf 21409 Snowfleet.wav\par | dbAdmin |

Einikis Attachment B
Page 43 of 93

| Merchant Application Form | Page 1 of 8 |
| --- | --- |

### COMPANY DETAILS

| | | |
| --- | --- | --- |
| Company Name: | | Royal Holdings of America llc |
| DBA (If Applicable): | | |
| Registration Number : | | |
| Country of Registration: | | U.S.A |
| VAT/ Tax ID / File Number: | | |
| Street Address : | | 5104 N. orange Blossam trl |
| City / Town : | | orlando CC 32810 |
| State / Province : | | Florida |
| Zip / Post Code : | | 32810 |
| Country : | | USA |
| Postal Address If different from above | | |
| Address : | | |
| Town / City : | | |
| State / Province : | | |
| Zip / Post Code : | | |
| Country : | | |
| Web site | | |

### COMPANY OWNERSHIP INFORMATION   If more than one Principal, please attach additional page(s)

| | | |
| --- | --- | --- |
| Principal's Name: | | Jonathan Xaulino |
| Title and Ownership %: | | 100     % of Ownership: |
| Home Street Address: | | |
| City/Town: | | |
| State/Province-Zip/Post Code: | | Florida |
| Country: | | USA |
| Telephone Number: | | |
| Passport Number: | | Issued In: |

Simple2 PAY

© 2014

Initials

## Merchant Application Form

Page
2 of 8

| COMPANY CONTACT INFORMATION | | | |
|---|---|---|---|
| **Administrative Contact :** | | | Gary Rodriguez |
| Telephone Number : | | | 407-756-8897 |
| Email Address : | | | |
| Fax Number: | | | |
| **Technical Contact :** | | | |
| Telephone Number : | | | |
| Email Address : | | | |
| Fax Number: | | | |

Simple

© 2014

Initials

| Merchant Application Form | Page 3 of 8 |
|---|---|

## REFERENCES

Provide the Company Name, Contact, Address, and Phone No. of **two** (2) Business Credit References.

| | |
|---|---|
| **Reference 1**  Company Name | |
| Contact Name / Phone Number | |
| Address | |
| **Reference 2**  Company Name | |
| Contact Name / Phone Number | |
| Address | |

## ACCOUNT PROFILE

| Is your Company involved in any of the following? | (Check as appropriate) | |
|---|---|---|
| Internet Gaming (including Lotteries, Raffles, etc) | Yes | No |
| Adult Entertainment & Products | Yes | No |
| Nutraceutical/Health Products | Yes | No |
| Travel Services | Yes | No |
| Software Download Services | Yes | No |
| Online Registrations or Memberships | Yes | No |
| E-Books or Online Report Products | Yes | No |
| Pharmaceutical Products | Yes | No |
| E-Wallets | Yes | No |
| Mail Order Services | Yes | No |
| Telemarketing Services | Yes ✓ | No |
| Consulting | Yes | No |
| Other **Non-Tangible** Products or Services Specify: | Yes | No |
| **Tangible** Products. Name: | Yes | No |

## CURRENT PROCESSING

| | (Check one in each column) | |
|---|---|---|
| Are you processing now or have you ever processed credit card transactions before? | Yes | No ✓ |
| Will your existing Merchant Account(s) remain open? | Yes | No ✓ |
| Have you ever had a Processing relationship terminated? (**If Yes**, please explain in detail on a separate attachment.) | Yes | No ✓ |
| How long have you been in business? | Start Up | 2 yrs |
| Current **Total Annual** Volume: $ [ 1 MILLION | # of Employees | 20 |
| | Office Space | [ ] m² |



© 2014

Initials 

FTC-PLS-S1-0000999

## Merchant Application Form

Page 4 of 8

| Name of Current Processor(s): [          ] | | |
|---|---|---|
| Reason for applying for this Merchant Account:  [          ] | | |
| **Monthly Chargeback History** | VISA | MC |
| By Volume: | [          ] | [          ] |
| By Count: | [          ] | [          ] |
| %: | [          ] | [          ] |
| **Refund History** | VISA | MC |
| By Volume: | [          ] | [          ] |
| By Count: | [          ] | [          ] |
| %: | [          ] | [          ] |

### PROCESSING AMOUNT REQUESTED

| Projected Monthly processing Volume: $ 250,000 | VISA 50% | MC 50% |
|---|---|---|
| Projected number of transactions per Month : 250,000 | Average Ticket: | $ 1,000.00 |

### CURRENCY OPTIONS

Please check the currency or currencies in which your products and/or services are sold:

Euro [  ]    USD [✓]    British Pound [  ]    Swiss Franc [  ]    Other: [          ]

### GLOBAL DISTRIBUTION OF CUSTOMERS          (Enter % for all that apply)

| Asia Pacific | % | VISA EU | % |
|---|---|---|---|
| Caribbean & Latin America | % | VISA Canada | % |
| Central & Eastern Europe, Middle East & Africa | % | Visa USA | % |

### MERCHANT MARKETING AND SALES METHOD          (Enter % for all that apply)

| How do you offer your Products/Services? | | How do you receive your Customer's Orders? | |
|---|---|---|---|
| Internet | % | Internet/SSL | % |
| Direct Mail/ Telemarketing | % | Mail Order / Telephone Order | 100 % |

### CREDIT CARDS TO BE ACCEPTED

Please check the type(s) of credit cards which you request to be validated.

VISA [✓]    MasterCard [✓]    *Diners [  ]    *Amex [  ]    *JCB [  ]    Other [  ]

**\* Note:** The validation of these cards may not be available with all Acquiring Banks.  It is the Merchant's responsibility to obtain their own account from the Issuers of these cards.

### PRODUCTS, SERVICES AND WEB SITE INFORMATION

Please provide a **detailed description** of the goods and/or services you offer. Specifically, what is the cardholder paying for and what do they receive?

Simpl₂PAY          © 2014          Initials ___

## Merchant Application Form

Page
5 of 8

| | | |
|---|---|---|
| | | |
| | | |

| | | |
|---|---|---|
| Is this Product/Service fulfilled at the time of the sale? | Yes ✓ | No |
| **If No**, please state turnaround time from Order to Dispatch | | |
| Does your company fulfill the orders directly? | Yes ✓ | No |
| **If No**, provide fulfillment company information details below: | | |

| | | |
|---|---|---|
| Company Name: | | |
| Address: | | |
| Contact Name: | Phone: | |

### PLEASE DESCRIBE ALL FRAUD PREVENTION MEASURES THAT YOU UTILIZE:

### CUSTOMER INFORMATION SECURITY STANDARDS:   (Check one in each column)

| | | Yes | No |
|---|---|---|---|
| 1. | Does your company store Credit Card data? | | No ✓ |
| 2. | Is your company AIS, (Account Information Security) or CISP (Cardholder Information Security Program) or PCI DSS and SDP (Site Data Protection) program compliant? | Yes ✓ | |

### URL REQUIREMENTS   (Check one in each column)

| | | Yes | No |
|---|---|---|---|
| 1. | The Company's name is clearly identifiable to the Customer | Yes ✓ | No |
| 2. | The address of the Company is present on the web site(s) | Yes | No ✓ |
| 3. | You ask for the Cardholder's address and phone number | Yes ✓ | No |
| 4. | CW2 Required | Yes | No |
| 5. | All products comply with the same MCC Code | Yes ✓ | No |
| 6. | The transaction currency and price of all products is clearly displayed | Yes | No |
| 7. | Shipping and Handling Charges are clearly displayed | Yes ✓ | No |
| 8. | A statement of estimated fulfillment time of contract is displayed | Yes ✓ | No |
| 9. | A statement regarding the security of the transaction is displayed | Yes ✓ | No |
| 10. | A procedure regarding the return of goods is displayed | Yes ✓ | No |
| 11. | Your Confidentiality and/or Privacy Policy is displayed | Yes ✓ | No |
| 12. | Information regarding the law in each jurisdiction is provided for Customer | Yes ✓ | No |
| 13. | A statement regarding your Company's shipping policy is displayed | Yes ✓ | No |
| 14. | Your web site(s) display the VISA and MasterCard logos | Yes ✓ | No |
| 15. | The Descriptor (as it will appear on the Customer's statement) is displayed | Yes ✓ | No |
| 16. | Company contact details for Customer Support are clearly displayed | Yes ✓ | No |

Simple PAY

© 2014

Initials

FTC-PLS-S1-0001001

## Merchant Application Form

Page
6 of 8

### MEMBERSHIP OR SUBSCRIPTION BASED WEB SITES/ PRODUCTS

**NON-RECURRING FEES  FOR SUBSCRIPTIONS/SERVICES/MEMBERSHIPS/PRODUCTS**

| | |
|---|---|
| One (1) month : | $ |
| Two (2) months : | $ |
| Three (3) months : | $ |
| Other        : | $ |

**RECURRING FEES  FOR SUBSCRIPTIONS/SERVICES/MEMBERSHIPS/PRODUCTS**

| | |
|---|---|
| Introductory trial for [  ]   days : | $ |
| Recurring every [  ]   days : | $ |
| Recurring (Quarterly, Annually, etc.)     : [  ] | $ |

### WEBSITE CONTENT                           (Check as appropriate)

| | | |
|---|---|---|
| Content on web site is provided by : [        ] | | |
| Does the web site carry a warning for minors? | Yes [  ] | No [  ] |
| Does the web site have pop-ups? Cross promotions? | Yes [  ] | No [  ] |

### PLEASE LIST ALL URL'S:            (If necessary, attach a separate page)

[  ]

[  ]

[  ]

### LOGIN - You MUST provide a non-expiring "User ID" and "Password" for your web site(s)

**User ID:**  [  ]

**Password:**  [  ]

### DESCRIPTOR REQUESTED: [  ]

### DEPOSITORY BANK INFORMATION        (Settlements will be made to this account.)

| | |
|---|---|
| **Bank Name** | BanK of America |
| BIC (Bank Identifier Code) | |
| Bank Sort Code / Swift / IBAN | BOFAUS3N |
| Account Holder | Royal Holdings of America llC |
| Account Number | |
| Bank Contact & Phone Number | 407-857-7035 |

Simple2PaY

© 2014

Initials

## Merchant Application Form

### CURRENCY PREFERENCE FOR SETTLEMENTS

**Please check the currency in which you would like to receive your settlements:**

| Euro [ ] | USD [✓] | British Pound [ ] | Swiss Franc [ ] | Other: [ ] |
|----------|---------|-------------------|-----------------|------------|

**Please fax the following documents with this application form:**

* Certificate of Incorporation/Commercial Register Excerpt
* Legible Color Copy of Principal's Passport/Identity Card
* Proof of Principal's Residence (utility bill or council rates)
* General Terms and Conditions
* Refund and Cancellation Policy
* Voided check from Depository Account OR Letter of Good Standing on Bank's Letterhead
* Min 3 Months most recent processing statements

**Name:** Jonathan Rulino          **Title:** President

**Signature:** _____          **Date:** 1/12/15

Simple Pay

© 2014

Initials ___

FTC-PI S-S1-0001003

| Merchant Application Form | Page 8 of 8 |
| --- | --- |

## Specific Representations and Warranties

You represent and warrant at the time of this document and during the Term of this Agreement the following:

- You are not engaged in or affiliated with any businesses, products, or methods of selling other than those listed in this Application.
- No owner with voting control of the company, or with more than 5% of the shares, nor any signer of this agreement or senior officer of your organization, has been charged, arrested, or convicted within the last five years of any criminal activity.
- This Agreement violates no law, nor is it in conflict with any other agreement to which you are subject.
- The products or services you will sell and submit for processing under this Agreement are not illegal services within your jurisdiction.
- There is no action, litigation, or proceeding pending, or to your knowledge threatened which, if decided adversely would impair your ability to carry on your business substantially as now conducted or which would adversely affect your financial condition or operations.
- You have never entered into an agreement with a third party to perform credit or debit card processing services, which has been terminated by that third party, other than as identified in the Application.
- You have never entered into an agreement with a processor, bank or gateway to perform credit or debit card processing services, which has been terminated by that processor, bank or gateway, other than as identified in the Application.
- All intended transactions are bona fide. No transaction involves the use of a card for any purpose other than the purchase of goods or services from you.
- You have provided all information accurately and without omissions or misleading statements and you have not withheld any information that, if known to recipient, would influence recipient's decision to enter into this Agreement.

### Important Notice before Signing This Application

The signer hereby authorizes the recipient to verify any information provided herein by the Applicant in response to the questions contained in this document and all exhibits and supporting documents provided. Recipient is authorized to use personal information provided to obtain credit reports from authorized credit reporting agencies. Investigations, consumer credit reports, and reference checking, or other reasonable and legal means of investigation, may require verification by third parties to confirm information provided by Applicant and Applicant hereby authorizes the recipient to undertake such verifications without further notice to the Applicant. The results of such investigation remain the sole property of the recipient.

**Warranties of Signing Party** The signing party below warrants that each of the principal owners, who collectively have majority voting control of shareholdings of the merchant company, and the Chief Executive Officer or Managing Director of the merchant company have reviewed the responses in this Application and its exhibits and supporting documents and have found no erroneous or misleading information. The signing party hereby makes the above warranties on all pages and documents submitted and in all oral statements and attests the information provided in and submitted with this application is accurate to the best of his or her knowledge as of the date of signature.

Application attested by (Authorized Signer) X _____

Applicant's Printed Name _Jonathan Paulino_

Authorized Signer's Title _President_        Date _1/12/15_

Simple Pay

© 2014

Initials

FTC-PLS-S1-0001004

# Morse & Associates

EMAIL: morseassociates@yahoo.com & morse_associates@yahoo.com
Skype id: morse.associate2 & morse.donna
Ph#(813)-352-8648 & (757)-304-9115

# Merchant Account Application

## COMPANY PROFILE

| Merchant Name (DBA or Trade Name) | | | | Corporate/ Legal Name | | | |
|---|---|---|---|---|---|---|---|
| Royal Holdings of Americallo | | | | | | | |
| Location Address | | | | Corporate/ Billing Address | | | |
| 5104 N. orange Blossom trl | | | | | | | |
| City, State | Zip/Postal Code | Country | | City, State | | Zip/Postal Code | Country |
| orlando FL | 32810 | USA | | | | | |
| Contact Name / Relationship | Email Address | | | Technical Contact Name | | Email Address | |
| Gary Manager | Royal Holdingsofamericap@mail.com | | | | | | |
| Telephone Number | Fax Number | | | Billing Contact Name | | Email Address | |
| 407 756 8897 | | | | | | | |
| Country of Registration (incorporation) | | Company Registration Number / Federal Tax ID | | | | VAT Identification # | |
| Is your company registered in EU?   YES   NO | | | Type of Business:   Corporation   Limited Liability Company | | | | |
| Have you ever filed for Bankruptcy?   YES   NO   if yes when | | | Sole Proprietor   Partnership   Not for Profit | | | | |
| Registered Corporate Name (EU) | | | | Registered Directors (EU) | | | |
| Registered Office Address (EU) | | | | City, Province | | Postal Code | Country |
| Length of Time in Business: 2 yrs | Capital Resources (assets): | | | Turnover Last Year (income): | | Number of Employees 20 | |

## OWNERSHIP PROFILE

| Name - Principal #1 | | Title | % Owned | Telephone Number | Email Address |
|---|---|---|---|---|---|
| Jonathan Paulino | | P | 100 | 407 446 3499 | |
| Date of Birth | | Social Security # | | Identification Type | State/County of ID |
| Address | | City, State | | Zip/Postal Code | Country U.S.A |
| Name - Principal #2 | | Title | % Owned | Telephone Number | Email Address |
| Date of Birth | | Social Security # | | Identification Type | State/County of ID |
| Address | | City, State | | Zip/Postal Code | Country |

## BUSINESS PROFILE

Please provide a profile of the company

| Current Acquirer: | Current Gateway : | Reason for leaving current acquirer: | | |
|---|---|---|---|---|
| Length of time accepting credit cards: | | Percentage of foreign transactions: % U.S.   % Europe   % Asia   % Rest of the World | | |
| Method of Acceptance (must equal 100%): | | Estimated Monthly Volume | Average Ticket | Highest Ticket |
| MOTO:   %   Internet:   %   Swipe:   % | | | | |
| URL(s) | | | | |

Descriptor (max 25 characters: For example - company name, phone #, URL) will be shown on Credit Card statement

FTC-PLS-S1-0001005

| Description of products/ services sold (include length of service and pricing) | | | Recurring Services?   YES   NO   If yes describe | | | |
| Is a Call Center used?   YES   NO   If yes describe | | | Is a Fulfillment House used?   YES   NO   If yes describe | | | |
| Card Types Accepted: | Visa | MasterCard | American Express | Discover | Diners | JCB | Other |

INITIALS _____                                                INITIALS _____

## CURRENCY REQUESTED

In which currency are your products sold?

US dollar

In which currency would you like payment to be transferred to your bank account?

US dollar

## BANK INFORMATION

| SWIFT/BIC (Bank Identifier Code) | Bank Name | Bank Address | Bank Phone Number |
| BOFAUS3N | Bank of America | 2560 WeakRidge ed | 407-857-7035 |
| Account Number: | ABA routing code (US): | Account Holder: | IBAN Number (EU): |
| 7525 | 02600-9593 | Jonathan Paulino | |

## PROCESSING HISTORY

| | LAST MONTH | 2 MONTHS AGO | 3 MONTHS AGO | 4 MONTHS AGO | 5 MONTHS AGO | 6 MONTHS AGO |
| Sales volume | | | | | | |
| Number of transactions | | | | | | |
| Chargeback volume | | | | | | |
| Number of chargeback's | | | | | | |
| Refunds volume | | | | | | |
| Number of refunds | | | | | | |

## CARDHOLDER DATA STORAGE COMPLIANCE

1. Are you using software or gateway application?   (Yes)   No

2. a) What third party software company/vendor did you purchase your Application from?

   b) What is the name of the third party software?                       Version #?

   c) Do your transactions process through any other third parties, web hosting companies or gateways?   Yes   (No)

   If yes, who is it?

3. a) Do you or your vendor receive, pass, transmit or store the full cardholder number, electronically?   Yes   (No)

   b) If yes, where is card data stored?       Merchant       Third Party Only       Both Merchant & Third Party

   b1.) Are you or your vendor PCI/DSS (Payment Card Industry/Data Security Standard) compliant?   Yes   (No)

   b2.) What is the name of your Qualified Security Assessor?

   b3.) Date of compliance:                       Date of last scan:

4. Have you ever experienced an account data compromise?   Yes   (No)   If yes, when?

***** Card Association requirements dictate it is prohibited to store track data in any circumstance. Further, it is recommended that no merchant or a merchant's third party vendor store cardholder data. If you or your vendor store data, you or your vendor are required to be PCI DSS compliant. Failure to adhere to these requirements may result in fines or loss of card acceptance. *****

## SITE INSPECTION

| Merchant:   Owns   Rents   Landlord: | Building Type:   Shopping Ctr   Office Bldg   Industrial Bldg   Residence |
| Area Zoned:   Commercial   Industrial   Residential | Square Footage/m2:   0-500   501-2500   2501-5000   5001-10000+ |

Does Merchant have the appropriate facilities, equipment, inventory, personnel and license /permit to operate their business?   No   Yes

**Declarations:**

I hereby confirm to be the owner of the listed website(s). I further declare to have full control and authorization of the website content. I acknowledge and agree that I will not use the Processing System for transactions relating to: 1) Sales made under a different trade name or business affiliation than indicated on this Agreement or otherwise approved by the acquirer in writing; 2) Fees or Penalties of any kind, losses, damages or any other costs that are beyond the Total Sale Price; 3) Any transaction that violates any law, ordinance, or regulation applicable to any business; 4) Goods which I) am known will be resold by a customer whom I) am mistakenly sought know or not properly in the business of selling such goods; 5) Sales by third parties; 6) Any other amounts for which a customer has not specifically authorized payment through the acquirer; 7) Cash, Traveler's checks, Cash equivalents, or other negotiable instruments; or 8) Amounts which do not represent a bona fide sale of goods or services by me / us. I also declare on behalf of the company and on behalf of myself that, to the best of our knowledge, neither the company nor the website nor myself (or any of us) have ever been involved in excessive chargeback's, fraud or content violation nor have any of the above ever terminated by an acquirer or asked by an acquirer to terminate an agreement within a set period of time.

**Investigate Consumer Report**

An investigative or consumer report may be made in connection with application. Merchant authorizes any party to the agreement, or any of such agents to investigate the reference provided or any other statements or data obtained from merchant and from any of the undersigned personal guarantor(s), or from any person or entity with any financial obligations under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature of and scope of the investigation requested.

By printing your name below, you here by agree and accept.

| Principal # 1 | Date | Principal # 2 | Date |
|---|---|---|---|
| Jonathan Paulino   1/15/15 | | | |

**Required Documents:**
6 Months CURRENT Merchant Processing Statements
Copy of Principals Passport/National ID
Certificate of Incorporation
Articles/ Memorandum of Association
Copy of Business/Operating License

All applications will be "automatically cancelled" and not followed
up on if all the required support docs are not attached to the
application

Voided Check if available
Most recent last 3 Business Bank Statement for applying company
EU Company may be required once merchant is approved
Profit and Loss or financial I statements
Utility bill no older than 30 days of the principle applying
Business Plan is optional but really speeds up the approval time line.

**Please submit this document in the following way:**

FTC-PLS-S1-0001007



# MM Merchant Processing

### MERCHANT PROCESSING APPLICATION

☑ New Merchant   ☐ Ownership Change
Existing MID: _____

**1.   BUSINESS INFORMATION**

| Legal Business Name: Royal Holdings of America LLC | Doing Business As: (shown on cardholder statement) | | |
|---|---|---|---|
| Business Location Address: 5104 N. Orange Blossom trl | City Orlando FL | State FL | Zip 32810 |
| Corporate Billing Address (if different): | City | State | Zip |
| Contact Name: Gary Rodriguez | Business Phone: 407-756-8867 | Customer Service Phone: | Fax: |
| Email Address: | Website URL: | | Federal Tax ID: |

| Time in Business: Years: 1  Months: 10 | Number of Locations: 1 | Ownership: ☐ Sole Proprietor  ☐ Non-Profit | ☐ Partnership  ☐ Gov't Entity | ☐ Corporation  ☐ Other: | ☑ LLC | State of Incorporation: FL |
|---|---|---|---|---|---|---|

| Description of Goods/Services Sold: Educational software | Currently Accept Credit Cards? ☐ Yes ☑ No  If so, with whom? | Has the merchant or any of the Principals ever had a merchant relationship terminated? | ☐ Yes ☑ No |
|---|---|---|---|
| Indicate when product/service is received (in relation to when card is charged): ☑ Immediately ☐ 1-15 Days ☐ 16-30 Days ☐ 31-90 Days ☐ 91-120 Days ☐ >120 Days | Publicly Traded company? ☐ Yes Symbol: ☐ No | Yes Symbol: | DUNS#: |

**2.   PRINCIPAL INFORMATION**

| Principal # 1 First Name: Jonathon | Last Name: Paulino | Principal # 2 First Name: | Last Name: |
|---|---|---|---|
| Position/Title: President | % Ownership 100 | Position/Title: | % Ownership |
| Social Security Number: | Date of Birth: | Social Security Number: | Date of Birth: |
| Driver's License Number: | State: FL | Driver's License Number: | State: |
| Home Address: | ☐ Own  ☐ Rent | Home Address: | ☐ Own  ☐ Rent |
| City | State FL | Zip | City | State | Zip |
| Home Phone: | Cell Phone: | Home Phone: | Cell Phone: |

**3.   PROCESSING INFORMATION**

| Monthly Volume: $ 500.000 | Average Ticket: $ 1,500.00 | High Ticket: $ 3000 | Industry Type: ☐ Retail ☐ Restaurant ☐ Lodging ☐ Service ☐ Gov't ☐ Home Based ☐ Internet ☐ Healthcare ☐ Other: | ☐ Apply for Next- Day Funding (subject to Bank approval) |
|---|---|---|---|---|
| Percent Swiped: % + | Percent Keyed: % + | Percent Internet: 100 % = 100% | Seasonal? ☐ Yes Months Active: ☐ No | American Express #: | ☐ Apply (See #12 Below) |

**4.   PROCESSING EQUIPMENT**

| Terminal Name: | Will terminal be Leased? ☐ Yes ☐ No Payment: $ | Pin Pad: | Auto Batch time: | ☐ AM ☐ PM | ☐ GET Deploy ☐ Agent Deploy |
|---|---|---|---|---|---|
| Payment Application Name: | Version Number: | Payment Gateway: | Special Instructions: | | |

**5.   BANK INFORMATION**

| Bank Name: Bank of America | Phone: 407 857 7035 |
|---|---|
| Routing/Transit Number (include voided check): 026009593 | Account Number: 7525 |

**6.   MERCHANT RESPONSIBILITIES**

Merchant information:
Merchant DBA: _____
Important Merchant Responsibilities:
1.   Ensure compliance with cardholder data security and storage requirements.
2.   Maintain fraud and chargebacks below thresholds.
3.   Review and understand the terms of the Merchant Agreement.
4.   Comply with VISA Operating Regulations.
The responsibilities listed above do not supersede terms of the Merchant
Agreement and are provided to ensure the Merchant understands some
important obligations of each party and that the VISA Member – Merrick
Bank – is the ultimate authority should the Merchant have any problems.

FTC-PLS-S1-000100

**Einikis Attachment B
Page 55 of 93**

PX 21, Page 112

**14. ADVERTISEMENT / RESPONSE**

| Where does Merchant advertise the product/service? | How do the Merchant's customers place their orders? |
|---|---|
| Tele Marketing | Over the phone |

| How are products/services delivered? | What is the Refund Policy? | Do you use a Fulfillment House? ☑Yes ☐No |
|---|---|---|
| UPS with txtf | 30 days | If yes, name of service: Phone #: |

**24. AMERICAN EXPRESS**

American Express Discount Rate:_____ % Flat Per Transaction Fee $ _____

By signing below, I represent that I have read and am authorized to sign and submit this application on behalf of the entity above and all information I have provided herein is true, complete, and accurate. I authorize American Express Travel Related Services Company, Inc. ("American Express") to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. I authorize and direct American Express to inform me directly, or through the entity above, of reports about me that American Express has requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express' approval of the entity indicated above to accept the American Express Card, the terms and conditions for American Express® Card Acceptance ("Terms and Conditions") will be sent to such entity along with a Welcome Letter. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Terms and Conditions.

**15. CUSTOMER IDENTIFICATION**

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**16. INTERNET GAMBLING MERCHANT NOTICE / LETTER**

Prospective merchant presents minimal risk of engaging in internet gambling? ☐Yes ☐No

*If 'NO' is checked above, a notarized, written attestation from the merchant must be obtained, specifying that it does not and will not engage in an internet gambling business. This letter must be signed by the contract signer.

**17. PERSONAL GUARANTEE(S)**

Each guarantor, by signing below, hereby unconditionally and absolutely guarantees, jointly and severally, the punctual and full payment and performance when due, by acceleration or otherwise, of all present and future obligations and liabilities which arise under the Form (including without limitation the Agreement) entered into between Merchant and Bank and MET Obligation as used herein includes, but is not limited to, chargeback amounts, bank fees, and expenses associated with the enforcement of the Agreement or of this Guarantee. Capital terms not otherwise defined in this Guarantee shall have the meaning given to them in the Merchant Processing Enrollment Form (the "Form") and Merchant Processing Agreement (the "Agreement") executed and delivered by Merchant to Bank and/or MET. This is a guaranty of payment and not merely of collection. It shall not be necessary for Bank nor MET to resort to or to exhaust its remedies against Merchant or any other party liable with respect to such guaranteed obligations, or to resort to or marshal any property held as security payment therefore, before calling upon guarantor(s). Guarantor(s) hereby waive any and all right of subrogation against Merchant. Guarantor(s) waive(s) all notices to which guarantor(s) maybe entitled by law, and waive(s) presentment, demand for payment, protest, notice of dishonor, and non-payment. Guarantor(s) consent(s) to any extensions of time or payment modifications that Bank and/or MET may enter into with Merchant. Each guarantor (and each person signing this Guarantee in the case of a guarantor that is not a natural person) specifically authorizes the Bank and/or MET and any credit bureau or other investigative agency employed by Bank and/or MET to investigate any information regarding each guarantor (and, in the case of a guarantor that is not a natural person, each person signing this Guarantee) as Bank and/or MET deem appropriate to assess the accuracy of any information in this Guarantee or the credit, financial responsibility, or capacity to perform in accordance with the terms of this Guarantee of each guarantor (or, in the case of a guarantor that is not a natural person, each person signing this Guarantee). In addition, and if the foregoing Agreement is terminated, or if Merchant shall be in default of this Agreement, and Merchant's Account does not have sufficient funds to pay for the deconversion fees, chargebacks and/or any and all losses suffered by MET (including consequential damages and loss of profits, costs, expenses, liabilities, and attorney's fees). Undersigned Guarantor(s) hereby empower(s) and authorize(s) any prothonotary, clerk or attorney of any court of record within the United States or elsewhere to appear for MET and, with or without declaration, CONFESS JUDGMENT, at any time or times against Merchant and in favor of MET or its assigns for all amount remaining to be paid to MET pursuant to the Agreement, including but not limited to deconversion fees, chargebacks, consequential damages, loss of profits, costs, expenses and liabilities, including attorney's fees, with costs of suit, and interest added at the legal rate. MERCHANT has indicated above which additional services it is requesting. MERCHANT agrees that Merrick Bank is not a party to any agreement for services from American Express and any such agreement is strictly between MERCHANT and American Express. MERCHANT also agrees that Merrick Bank is not party to any agreement for services from MET other than merchant processing and any such agreement is strictly between MERCHANT and MET. MERCHANT must be approved by each company and each company may send its terms and conditions to the address of MERCHANT indicated herein upon such approval. MERCHANT agrees to be bound by such company's terms and conditions. MET is a registered ISO/MSP of M Bank.

| Guarantee Signature (Principal #1) | Guarantor's Printed Name (Principal #1) | Date |
|---|---|---|
| *[signature]* | Jonathan Paulino | 1/15/15 |

SIGN HERE

| Guarantor Signature (Principal #2) | Guarantor's Printed Name (Principal #2) | Date |
|---|---|---|
| | | |

MC4001A v. 4.2

Page 3 of 3

FTC-PLS-S1-0001009

**Einikis Attachment B
Page 56 of 93**

PX 21, Page 113

**PRICING INFORMATION**

| Rate Program (select program): | | | AVS: $ | Device Setup Fee: $ |
|---|---|---|---|---|

| ☐ Tiered* | ☐ Flat Rate | ☐ Interchange Plus* | Batch Header: $ | Device Monthly Fee: $ |
|---|---|---|---|---|

Signature Debit: ___ %

| Discount Rate: ___ % (V/M/D Credit) | Swiped Disc Rate: ___ % (Credit, Debit) | Discount Rate: ___ % (% over Interchange) | Statement: $ | Device Tran Fee: $ |
|---|---|---|---|---|
| Mid-Qual Rate: + ___ % | | Authorization Fee: $ | Monthly Minimum: $ | Online Reporting: $ |
| | Keyed Disc Rate: ___ % (Keyed and Specialty Cards) | Per Item Fee: $ (Settled transactions) | Annual Account Maint Fee: $ | Terminal Warranty: $ |
| Non-Qual Rate: + ___ % | | AMEX Auth Fee: $ | PCI Compliance: $3.50 / $12.50 | Manual Imprinter: $ |
| Authorization Fee: $ (V/M/D) | Per Item Fee: $ (Keyed settled transactions) | PIN Debit Auth Fee: $ | Retrieval Request: $ | PIN Debit Access Fee: $ |
| Per Item Fee: $ (V/debit V/M/D) | | EBT Auth Fee: $ | Chargeback: $ | High Risk Reg Fee: $ |
| AMEX Auth Fee: $ | | FNS #: | Voice Auth: $ 1.50 | ACH Reject: $ 50.00 |
| PIN Debit Auth Fee: $ | | | Account Change Fee: $ 25.00 | Other: $ |
| EBT Auth Fee: $ | | | | |

FNS #:

* Pass-through all Association Dues and Assessments, Process Support and Access Fees, and Debit Network Fees at current, applicable rates.

**BUSINESS INFORMATION**

Type of Building:
☐ Retail  ☐ Commercial  ☐ Office  ☐ Industrial  ☐ Residence

Merchant: ☐ Owns  ☑ Rents

Is inventory consistent with business described above? ☐ Yes  ☐ No

Square Footage: ☐ 0-250  ☐ 251-500  ☑ 501-2,000  ☐ >2,000   Inspector's Comments:

By signing below, I hereby verify that this application has been fully completed by the merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

[ SIGN HERE ]

Inspected by: _____
Signature                    Printed Name                    Date

**SECURITY INFORMATION**

Do you store account data electronically?  ☐ Yes  ☐ No   [If yes, indicate what data is stored]:
☐ Card Numbers  ☐ Expiration Date  ☐ CVV2/CVC2  ☐ Cardholder Name  ☐ Cardholder Address/Zip Code  ☐ Magnetic Stripe Data

Are you currently PCI DSS compliant?  ☐ Yes  ☐ No   Have you been subject to any ongoing or previous compromise investigations?  ☐ Yes  ☐ No

Do you use a Shopping Cart Service?  ☐ Yes  ☐ No  Name of Service:    Do you utilize a Hosting Provider?  ☐ Yes  ☐ No  Name of Provider:

**MERCHANT APPLICATION ACCEPTANCE AND ACKNOWLEDGMENT BY MERCHANT**

THIS APPLICATION DOES NOT CONSTITUTE A FINAL OFFER OR ACCEPTANCE OF THE APPLICANT AS A MERCHANT. This document and all exhibits hereto constitute the merchant's application for services of M Electronic Technology, Inc. MET and its affiliated financial institutions and processors when signed by a properly authorized and representative of the owner(s). When signed as accepted by MET and Member Bank, these documents and its exhibits and offers, become integral and binding provisions of the MET and Member Bank Merchant Services Agreement. MET is hereby authorized by the signer to verify any information provided by the Applicant in response to the questions contained in this document and all exhibits and supporting documents provided, in connection therewith, Applicant hereby expressly authorizes MET to conduct or obtain investigations, consumer credit reports, and to contact and check listed references and use other reasonable and legal means of investigation, without further notice to the Applicant. The results of such investigation remain the sole property of MET. The signing party below warrants that he/she has reviewed the responses in this Application and its exhibits and supporting documents and that all such information is true and correct in all material respects and does not omit any material information required to assure that such information is not misleading. The parties by signing below acknowledge that they have been given express authorization to execute this agreement on behalf of the named corporation and MET.

TERM: Three (3) years. EARLY TERMINATION: The average monthly processing fees charged to the merchant for the previous twelve (12) months, or such shorter time if the merchant has processed for less than twelve (12) months, multiplied by the number of months remaining under the agreement, or $250 whichever is greater.

By signing below, I understand that if my application is approved I will be provided with a copy of the terms and conditions which govern this agreement in the new accounts kits which will be shipped to the mailing address shown above and that by processing a transaction with MET, this shall be considered absolute acknowledgement of the terms and conditions and the acceptance of such to govern the relationship. Furthermore, I understand that I may cancel this agreement within the first thirty (30) days following approval by MET. If I choose to discontinue service during this period, I must return any incentives, equipment or other consideration provided by MET within ten (10) days of the notice of cancellation. Failure to return the above will result in the early termination fee being charged in accordance with the then in effect agreement.

Merchant:

Principal #1: _____  Jonathan Paulino  1/15/15
Officer/Owner Signature    Printed Name and Title    Date    [ SIGN HERE ]

Principal #2: _____  _____  _____
Officer/Owner Signature    Printed Name and Title    Date

M Bank Corporation:

By: _____  _____  _____
Signature of Corporate Officer    Printed Name and Title    Date

MC4001A v. 4.2

Page 2 of 3

FTC-PI S-S1-0001010

Einikis Attachment B
Page 57 of 93

PX 21, Page 114

# DE - USA - Sample Rebuttals - 1

## WHO ARE YOU & WHAT DO YOU DO?

My name is ___ with **My Legal Aid......** We help people who have over $4,000 of credit card debt with Visa, Master Card , Discover, American Express, Gas cards & store cards . *We also do, medical bills & accounts in collection. We do a forensic audit  for violations to eliminate your  credit card  balance  and monthly payments. Do you have any credit card or medical debt (Customer_?* ____**OK ,** Let's take a look at your situation

## How are you able to get my debt forgiven?

There are a half a dozen laws on the books that protect your rights as a consumer. **Any changes require your written authorization.** Once your debt is officially in dispute they are not allowed to contact you anymore. Any collection calls or reporting of negative information to the credit bureaus _must cease._ . Any violation is   subject to fines and financial damage awards. It would be nice to be debt free - wouldn't it (customer)?___**Great!**

## How much will this cost? (FEE)

That's a legitimate concern (Customer) . It varies on a case-by-case basis.  Our **Free Credit Consultation** analyst will review your situation to see which program  works out  best for you --. At this point, there is no fee or obligation for your **FREE CONSULTATION**. So It costs you nothing to check us out.  Once approved, we will call you back later today with the cost .that will be mere a fraction of what you are paying now. And then **you be  the judge** of whether it's worthwhile for you- or not. **Fair Enough ?** (Cust) _____

## *Attorneys are too expensive!*

*I know where you are coming from Customer) but these Debt   programs are volume discounted at 2/3 off the normal attorney rates. There is no out of pocket exspense to you since they are paid for by the creditor concessions. And the nice thing -- is you wont have to pay for everything up front and will have convenient monthly payments to fit your budget.  If you're serious about eliminating your debt- you really cant afford to be without an attorney. Know what I mean (customer)? __You Bet* ı

## What violations? It's a legitimate debt  & I have to pay it?

It may be a legitimate debt (Customer), **but if the banks violated your rights under the Fair Credit Act** -- **you may not have to pay it** and could be entitled to damages. The Government found that the banks were routinely violating the laws that protect your rights. Any such violations are subject to fines, which can earn you financial damage awards and Erase your credit card debt, **Follow me** (Customer)?  **Once your debt is forgiven--it will eliminate your monthly payments. & remove negative history from your credit records!** Are you interested in getting rid of your debt and improving your credit score ( (Customer)? ___ **Excellent!**

*Credit Report / car- Bodt*
*medicro Bill*

# DE - Sample Rebuttals - 2

## I want you to answer my questions before I answer your questions?

That's not a problem!. We have several programs to **legally eliminate your debt**. **Our Free Credit Consultation analyst will answer all your questions** & explain which options work out best for you. ***My job is simply to verify your eligibility*** . You seemed interested in having your debts legally erased & improving your credit score . **Right ?**(Customer)____
**Excellent** Then you came to the right place

## I don't give out confidential info?

I know where you are coming from (Customer) . **Please rest assured that we have a strict privacy policy , that is governed by the attorney/ client privileges** . We do not rent, sell, or share personal information . We only disclose information with your permission . . It proves to the creditors that we have your authorization to negotiate on your behalf. Follow me (Customer) ? ____ Very Good ! At this point- You are entitled to a **free consultation with no obligation.So it costs you nothing to check us out**. And then you be the judge of whether it's worthwhile for you - or not. **Fair Enough ?** (Customer) ____ **Excellent!**

## Don't want to wreck my credit

Your credit will actually come out much better in the long run. . Sometimes it is better to take a short term hit in order to make a long term gain- Isn't It Customer) ___? **Absolutely!** !

## I'm Broke & can't afford it !

That's not a problem (Customer). Most of our customers started off in the exact same boat .We specialize in helping people legally erase their credit card debt. Which actually **frees up extra cash for you**. Life would be a lot easier for you - if you woke up one morning & were debt Free- **wouldn't it** (Customer)? __ **Wonderful!** So lets see if we can find violations, award you damages & legally erase your debt. Sound Good (Customer)?

## NOT INTERESTED

I understand. But let me ask you - If you got a call from your own bank today to forgive all your credit card debt - you would probably not turn it down. Am I Right (Customer)? ____ **Of course not!** ! Because that's the same thing - we're talking about here. We work with every major bank in the country and can eliminate your debt in ways that the general public doesn't know about. Which bank do you currently use for your Visa / MasterCards. ? (Customer)___
**Excellent!** We have worked with them successfully, many times in the past.

# DE - Sample Rebuttals - 3

## Client is Busy!

**That's not a problem!** We can schedule a more convenient time. I just need to ask  FEW questions:

**1)** Do you have over $5,000 of credit card debt? __

**2)** Are you employed or have a current source of income. __

**3)** Do you have a valid checking or savings account?

4.) Waht is your DOB?

5. What is your full Social Security #?

**Excellent!** Sounds like you may qualify.  Are you interested in **legally eliminating** your   debt and monthly payments? (Customer) ?___ **Marvelous** ! What time works better for you later on today? ___**Super!**  , Then lets make a definite appointment for (specific Time)____ am/ pm. In the meantime, would you like me to send you a Q & A about how the program works? (Customer) __ **Great.** May I have your e-mail please___ thank you? I will call you at __ **(time).** Please have your credit card statements handy.

## Scam/ Sounds too good to be true

A lot of our clients felt the same way at first (Customer) until they discovered that the regulatory agencies are getting huge penalties from   the Credit card companies for violating your rights. ____Have you noticed your credit card statements now wam **you** how many years it will take to get out of debt? ____**Exactly!** The Govt. is on your side. – So **your timing is perfect (Customer) wouldn't** you like to have your debts legally erased and eliminate your monthly payments (Customer)? __ **Marvelous**  so lets take the next step  & get you a free evaluation!

## I don't like talking to call centers. Too hard to understand

I understand how you feel (Customer.  It's true I was born outside the country and moved to Florida about 2 years ago. They tell me it gets  easier to understand as the ear adjusts to my accent .I hope this doesn't get in the way of your being open to see how we can  help you eliminate your debt. . May I proceed  (Customer)?__ Thank you for being open minded, I respect you for that.

FTC-PLS-S1-0000781

%-Rate LI     C-R-Credit Fix     MTG- Mortgage Help     D-E-Debt Elimination

# DE - Lead - Rebuttals

### "KNOWING YOUR REBUTTALS GOES HAND AND HAND WITH PRODUCT KNOWLEDGE! *ALWAYS REMEMBER AFTER YOU USE A REBUTTAL, GO BACK TO THE POINT IN THE SCRIPT WHERE YOU LEFT OFF*"

## WE PROVIDE BENIFITS SAVINGS & INTEREST RATE REDUCTIONS!!!!

- **WHO ARE YOU?** (Account Services /Credit Card Services/Ect..) and what we do is eliminate / discharge your debt with your current creditor and get your debts removed from your credit bureaus. (Equifax - Experian - Transunion)

- **REFUSES TO GIVE CREDIT CARD INFO:** There is a law called the ***Consumer Protection Act***. The laws states that you are protected against loss, theft, fraud and any unauthorized use or services not rendered. You are fully protected through your credit card company.

- **IS THIS MY CREDIT CARD?** We are **Account Services** and we work with all the nationwide lenders and credit card companies, is there a particular account that you're most concerned about?

- **EARLY INTERRUPTION-NOT INTERESTED:** Mr.(s) _____ what kind of rates are you paying? Are they over 10%? Great, then we can help you get qualified today!

- **WHAT ABOUT DEBT CONSOLIDATION/CREDIT COUNSELING?** We have different options for out clients to help them get out of debt faster.

- **HOW MUCH IS THIS GOING TO COST 1?** As long as you qualify, there will be NO out of pocket expense to you. So let's get you qualified today!

- **HOW MUCH IS THIS GOING TO COST 2?** Less then what you are currently paying your credit card company with your High interest Rates! So lets you get you qualified today

- **I CAN DO THIS ON MY OWN:** Sure, but how often has your credit card company lowered your rates for you? We have helped thousands of clients reduce there interest rates.

- **HOW DID YOU GET MY NAME AND PHONE NUMBER?:** You may have applied for a low interest rate credit card, or looked into a consolidation or credit counseling. That's just a few possible ways, however for you own privacy they do not give us that information, so I really do not know.

## Closer Script Sample - Debt - Closer Script - Long - Part 1

**Step 1: Paraphrase**

Ok let me summarize what I know at this point: You Pressed One today to see if you might qualify to legally eliminate your credit card debt? You have $_____, of CC debt (& $_____of other debt –if applicable). You are ((Employed/ Unemployed) & want to be debt free but are having problems keeping up with payments because of the **high finance charges.** .Do I have that right so far (Customer). ____ **Perfect!** You have some very worthwhile goals! . It will be my pleasure- to help you.

**Step 2: Overview**

As a courtesy, let me tell you who we are, what do we do and exactly how we can help you. **Sound good** (Customer) ?___ **Excellent!**

You will be working with a nationwide network of legal teams who specialize in eliminating your unsecured debt because banks and creditors have broken Federal laws, which protect consumers. The violation of these laws gives our legal teams the leverage to successfully get these debts forgiven & eliminate the debt from your credit records, which will ultimately improve your credit score. So far-so good (customer)___? *(Wait for response)* **Very Good!**

Ok so lets take a look at your current situation and see how we can help you.

**Step 3: Probe for Pain** (Engage in conversation!)

1) Are these credit cards under your name or is there any spouse or family member listed on these account too?

2) Customer) Was there a hardship or anything else that caused such high balances on these accounts? _____ (Get them to tell their story)

(If yes) It must be hard on you. I admire your courage to push on. (Customer)

3) Are your cards **maxed out** or close to their limit? __

_(**If Not maxed out)** you have self-discipline. I admire you for that.

(If maxed out ) I hear you. Maxed out cards are almost useless. **"All pay & no play." Right** (Customer) ___ **Exactly!** Speaking of play – what do you like to do for fun or recreation (Customer)? ___ **Sounds good to me!**

4) Have you had late payments, or gone over your limit? ____,

5) Are you paying high interest rates? _____ **6)** Did they raise your interest rates or reduce your credit limit or increase your minimum payments –without your authorization? __

7)) How would you describe your credit: Excellent , Good, Fair or poor?__

8) Are you **current** or behind? _____

(If current) I respect you for that you seem like a responsible person. (If behind) When was the last time you made a payment? __ What caused you to stop paying? ____ Sorry to hear that. Are you getting harassing calls from debt collectors (Customer)? (If Yes) That's a lot of stress –Isn't it (Customer) __ Has your family been impacted by all this? (Customer)?) __I hear you! , Since you've not been making payments for a while– What motivates you **NOW** - to try & clear things up? ___ That's a **worthwhile goal** I respect you for wanting to take action Customer)?

9) How would you describe your credit: Excellent, Good, Fair or Poor (Customer)? ___

10) What are you doing now to eliminate your debt (Customer)? __

## STEP 4: PROBE FOR THEIR DREAMS & DESIRES

1) Are you planning to finance a car or house in near future?

2) Do you have any kids? ___How old are your kids. __ Are you involved in a lot of your kids activities? _____**Terrific!** You sound like a wonderful parent! Will you be able to pay for your kids college?

3) Do you have health Insurance to protect your family?

(**IF yes :)** My compliments, you take good care of your family.

(**If No)** That's living dangerously.

4) Will you be able to retire or will you have to keep working? _____

FTC-PLS S1 0000783

**(IF yes): Good for You** (Customer). You are one of the lucky ones.

**\*If No)\***You're not alone (Customer). These days almost 90% cant afford to retire

**5)** When was the last time you took a vacation (customer)? __Where did you go?__ **Sounds wonderful.**

**6)** Let me ask you - What would your life look like – if you woke up one day & were totally debt **free** (Customer)? _____ Can you imagine how that would improve the quality of your life? ____ What would you do differently? ___

Let me Paraphrase what you told me: (Paraphrase their story):  Did I get that right (Customer)? ___You have some great goals! . It will be my pleasure– to help you achieve that.

### Step 5: Get Credit statements & years to pay off - Or Pull Free Credit Report

(Customer) The average Credit cardholder gets trapped in debt for about twenty – thirty years making only the minimum payments on high interest rate credit cards. Now based on the way you are going right now – it would take you _at least 10 / 20 + years because most of the payments are going towards finance charges rather than reducing your balance. The **good news** is that our program gets you debt free much faster and your timing is perfect. (Customer) I'm sure you've heard the news lately where the Govt. is aggressively going after these banks & Visa & MasterCard with Billion-dollar fines_ Haven't you (customer) __? **Exactly!** This really works out in your favor.

Based on what you have told me it seems like you may be a victim of predatory landing practices (Customer name). There are Fair Credit laws that protect your rights as a credit consumer. Our legal teams are Debt Experts who do a forensic audit that finds violations & can legally eliminate your credit card debt like it never existed & get your monthly payments forgiven.

Now the next step is to document your debts for the legal teams to evaluate for violations & decide to accept or decline your case. They only accept the cases they know they can win and they have a near perfect track record. . So please grab your statements and a cup of coffee so we can get you out of this debt. I'm going to show you something that is truly outrageous. I can wait while you go get them.

Please read me the # of years it will take for you to get out of debt. That's an outrage  - Isn't it? (Customer) so Let's list all your creditors with this one first.

Creditor_____Balance    $    ____Mo.    Payment   $___INTEREST    %___YEARS
Creditor_____Balance $ ____Mo. Payment $___INTEREST %___YEARS
Creditor_____Balance $ ____Mo. Payment $___INTEREST %___YEARS
Creditor_____Balance $ ____Mo. Payment $___INTEREST %___YEARS

And does that include your entire active and inactive balances for_Visa, MasterCard, American Express, Discover, Gas, & Department store credit cards?____**Good** Does it also include all your medical bills, dental bills, Accounts in Collectionor & any Repossession loans? ____**Very good !**

### Step 6: Go over Budget  & complete Intake Form  Do not need to complete Budget

The budget is the  most important part of the sales process and will make customer feel comfortable that they can afford the program. ..Challenge anything that does not make sense, Use Budget to determine disposable income & structure an affordable payment proposal.

One of the most important parts of getting out of debt is to properly manage and reduce your monthly expenses. Lets briefly go over your monthly budget so I can show this to the attorney.

### Step 7: Pull credit bureau report "*only 1 at a time*"  www.annualcreditreport.com

Next , We need to pull up a free copy of your credit Bureau report. This will give us an exact picture of where you are to day. This is required in order to approve your account and get back to you with a specific proposal. Once you become a client, your attorney will remove anything that is not accurate which will improve your credit score. **Sound good?** (Customer) ___**Great!**

The credit Bureau will ask some security questions for your protection.. So let me pull it up on the computer & I'll need some info from you in order to proceed, Ready (Customer) _____**Fabulous!**

FTC-PI S-S1-0000784

**Einikis Attachment B
Page 63 of 93**

PX 21, Page 120

**Step 8: Ask customer  to fax documents & Hardship Letter    Do not need to complete**
·Don't quote price on first call...Tell customer that the attorney needs to verify the accuracy & estimate
the amount of work required in order to set his fee

I need you to write a simple Hardship letter to  help us negotiate with your creditors and help convince
the attorney to approve your case. (Customer) __? __Please fax or scan your credit card statements,
& include a hardship letter in the next hour before I speak with the attorney ? **OK** (Customer) __?

**Step 9: Do "Takeaway" to create desire, credibility & urgency**
I want  to be frank with you (Customer)— not  everybody gets approved. There's a lot of work
involved to legally notify & work with your creditors. The legal team does not want to take on your
case unless they know they can win. . That's why we ask you so many detailed questions. If you're
approved - the legal teams will have a couple of options for you so you don't have to come up with
everything all at once. **Fair Enough**  (Customer)? ____ **Perfect!** Then let's set a time today to go over
everything with you and your (Husband/ wife)

**Step 10:  (IF I will you-Trial close)**
One final thing, is getting out of debt a top priority for you and your family
(Customer)? ____ **Excellent!**
Let me ask you Customer) If I can get the legal team to accept your case and we can:
1)   Legally   erase   your   credit   card   debt                 _____
**2)** Stop the creditor harassment
3)   Remove   Negative   items   from   your   credit   records     _____
4) &  we comeback with a payment plan that you can live with –


Is there anything that would prevent you from going ahead with this today (Customer)?____ **Great!**
**(If the client is married or there is a cosigner on the card then you must have them present at
the call back / Verification)**

**Step 11: Set appointment for both spouses to present payments.**
Ask for some personal info about the spouse so you can increase the likelihood of the spouse showing
up & use the info to build rapport on the second call.
 Do you  have a spouse or significant other  who lives with you. ? ____ Who pays the bills? ____
(If yes) This is a team effort that requires both of you to support the common goal.  We need to
go over your options with both of you. Then, you can decide whether this is something that either
makes sense for you —or not. That way, you will have his or her full support & wont have somebody
questioning your decision later on. **Fair enough** (Customer)? ___ So what's the best time today to
get the both of you together (Customer)? ___**Perfect!** Let's mark it in our schedule.)  What's their
name? ___ Can you tell me a little about them (Do they have any hobbies? __What do they like to
do? __ Thank you. I look forward to meeting  (spouse 's name). At ___ AM/PM. **OK)**? (Customer)? __
**Wonderful**



**Step 12: Complete Closing Sheet and email to Verification with Date and Time to be called!**

## Closing Notes

1. Clients must understand that they are retaining the services of a Legal Team

2. Understand that this adversely affect their credit (a small ding)

3. Not a credit counselling or credit management program

4. The $_____(fee) is for Debt Discharge/Credit Enhancement

5. The fee is NOT to pay creditors

6. Understand that you are not paying your debts while enrolled in this program

7. Understand that you can NOT use any of your credit cards that are included in the Debt Elimination program

8. A Notary Public will bring out the retainer agreement to your house for you to sign make sure you don't miss the appointment. We will cover the cost of the Notary

# VP ENTERPRISES GROUP

# NEW CLIENTS

Enclosed are your documents for your review. Please contact us if you have any questions.

## Enclosed Information

○ Client Agreement (Initial each page and Sign where indicated)

○ Exhibit "A" of Client Agreement (Completed)

○ Payment Authorization Form (Please complete)

Please review and sign copies of the following documents then e-mail, fax or mail them back to our office via the U.S. Postal Service, Priority Mail.

Time is of the essence and it is imperative that you stay in communication with your account manager throughout the entire process. Because we have many clients we ask that if you have questions to email them to: **customersupport@vpgroupenterprises.com** and a representative will either email or call you with a response within the next business day. Please be sure to give us as much detail as possible. If you do not have email **please call 855-609-9933** and leave a detailed message to include a good number to call back. A manager will return your call by the next business day.

FTC-PLS-S1-0002135

# VP ENTERPRISES GROUP
## CLIENT AGREEMENT

This agreement is entered into on *this* (_____day of_____), 2015 between VP ENTERPRISES GROUP (hereinafter referred to as "VP ENTERPRISES GROUP") and ███████████ Residing a███████ ████████hereinafter referred to as "Client"): Whereas, Client is the holder of these accounts set forth on Exhibit "A".

In Consideration of the covenants and conditions contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties do hereby agree as follows:

1.      **Subject of Agreement**. Client hereby agrees to **VP Enterprises Group** to provide services listed herein. **VP Enterprises Group** will provide services and member discounts as in the informational materials given to Client. As to **VP Enterprises Groups** validation program, we will prepare documents for Client's use and approval to confirm, validate and dispute the Client's debts. Documents will be prepared and provided with the goal of validation of third party debts against Client.

2.      **Responsibilities** .**VP Enterprises Group** agrees to perform the services specified in this Agreement as stated in the agreement " Debt Validation Services". **VP Enterprises Group** further agrees to keep Client reasonably informed of progress and will respond to any inquiries or correspondence by the Client in a prompt manner.

3.      **Responsibilities of Client Relating to Program**. Client agrees to provide all necessary information to **VP Enterprises Group** Services regarding billing statements and collection notices from the Bank(s) or Third Party Collector(s) of creditors and amounts allegedly owed. Client agrees to inform **VP Enterprises Group** of any developments affecting a change in address or telephone numbers. Client agrees to make timely payment(s) related to **VP Enterprises Group** . Client agrees and acknowledges the fact that Client remains personally responsible for all debts, even if Client has defaulted on such. A nonpayment, skipped payment, and/or insufficient funds withdrawal, for payment to , **VP Enterprises Group** will result in notification to Client's creditors that Client is no longer being assisted by **VP Enterprises Group**. Client may request changes to payment dates in writing no less than five(5) business days before scheduled withdrawal/payment date. Client understands that in the event Client's agreement is terminated, independent service providers may reduce or eliminate any discounts provided to client because of termination.

4. **Money Back Guarantee, Refund Policy**. If your debt is fully verified and validated by the debt collector and / or credit company, including returning a fully filled out Collector Disclosure Statement, requested accounting, and other items required by the Notice and Demand For Verification of Debt, you will receive a refund on that account not validated.

5.      **Authorization to Communicate about Client Information**. Client hereby permits **VP Enterprises Group** and its employees, agents and authorized representatives (including attorneys who it or Client may hire) the right to communicate with each of Client's creditors and/or third party collection agencies to accomplish the **VP Enterprises Group** purposes of this Agreement. To that end, and subject to applicable law, **VP Enterprises Group** may share with its employees, agents and representatives Client's personal financial information

submitted in relation to this Agreement. **VP Enterprises Group** purposes, at its discretion, may also use and share Client's personal financial information with third parties to accomplish its obligations pursuant to this Agreement.**VP Enterprises Group** will also provide client information to include name, address and telephone number, along with personal financial information on each consumer's accounts to any discounted third party programs that consumer selects to receive service from. Further explanation in **VP Enterprises Group** privacy policy Third Party Collection Calls. In the event that client continues to receive phone calls from a third party debt collector after the validation process begins, **VP Enterprises Group** may, at its discretion and upon Client's approval, enroll Client into a membership with an attorney network or legal access plan that provides assistance in FCPA matters at no charge to Client. USA shall have no liability for any such services or any other services provided by independent discounted service providers, and Client agrees to forgo and waive any claims for such. **VP Enterprises Group** may discontinue services at any time. Client is to record each call on call log (found in client welcome packet) and take a digital image of caller identification.

6.      **Payments.** Client authorizes **VP Enterprises Group** to debit Client's credit card account(s), as designated by Client to pay fees associated with this Agreement on a monthly and / or authorizes VP **Enterprises Group** to debit Client's personal bank / ACH account for fees. **VP Enterprises Group** services also accepts money orders, certified checks, or wire transfers for payment of fees. Please request for a receipt if you pay by these methods. Client may stop any ACH debit transaction by providing written notice to VP **Enterprises Group** within five (5) business days prior to the next scheduled debit. Client will review and sign the required debit form(s) providing bank account information and / or credit card authorization form, to support such payments.

7.      **Compensation.** In consideration for the Services that **VP Enterprises Group** will render hereunder, Client agrees to pay **VP Enterprises Group** the sum of: $4572.00. Non-payment of Minimum Payments. Client understands that the Fair Credit Billing Act prohibits a creditor from taking certain action against a consumer who withholds payment due to a good faith billing dispute. Client also understands that the Fair Debt Collection Practices Act prohibits third party debt collectors from engaging in certain behavior. Client hereby agrees to waive any claims against **VP Enterprises Group**, its employees, agents and authorized representative for all third party violations of the Fair Credit Billing Act, Fair Debt Collection Practices Act and the Fair Credit Reporting Act that were or maybe committed by Client's creditors or their third party collection agents. **Termination**, either party may terminate this Agreement at any time within 5 business days written notice to the other. Upon termination and following expiration of any state statutory cancellation period, fees paid are considered earned.
IN WITNESS WHEREOF, the parties have executed this Agreement as of this day and year first above written:

Authorized Signatory of  **VP Enterprises Group** Name: ___

Client's Signature: ▓

**ACKNOWLEDGEMENT OF NOTARY** (only if requested)
Subscribed and sworn to before me in my Presence, this 19 _day of: February 2015
a Notary Public in and for the County of; Nueces      State of; Texas

(Signature)
My commission expires; 10/19/2017

Linda Obregon
Notary Public Name

LINDA OBREGON
Notary Public, State of Texas
My Commission Expires
October 19, 2017

Notary Seal Here

# VP ENTERPRISES GROUP
## Client Information Authorization

I I/We, ██████████████████ nd co-applicant (if applicable) _____

hereby grant **VP Enterprises Group** the authorization to request, receive and discuss any and all account information with my alleged creditors on my behalf. This may include but not be limited to disputing the validity of said debt.

In addition, I authorize the review of my financial situation with my alleged creditors, and I agree to indemnify and hold **VP Enterprises Group** harmless of any loss, liability or damage by any reason thereof. This authority is assignable and transferable. It is understood that a copy of this form will also serve as authorization.

By signing this authorization, I hereby acknowledge that I have read **VP Enterprises Group** Service Agreement and accept and consent to all terms set forth in the Agreement.

Client Signature ██████████████████    Client Signature _____

DATE: 2/19/15    DATE: 2/19/15

# VP ENTERPRISES GROUP

### CREDIT CARD AUTHORIZATION FORM 1

☐   ☐   ☐   ☐

Credit Card █████████████

Expiration Date █████ SEC

Code █████

Card Holder(s) Name / Company Name / Bank Name        DL # ██████████

Billing Address ███████████████████

Telephone Number (1)        Maiden Name        Telephone Number (2)

Date of Birth ██████████        Social Security# ██████████        E-Mail Address

| Payment Date and Amount | |
| --- | --- |
| Date: _____ 2/19/2015_____ | |
| Amount: $4572.00   (Total Fees: $4572.00 ) | |

*This authorization is to remain in full force and effect until all amounts payable to:* **VP Enterprises Group** *are paid in full or until I (we) revoke the Agreement as hereinafter provided. Any revocation shall not be effective until* **VP Enterprises Group** *has received written notification from me (us) of my (our) desire to terminate this Agreement in such time and in such manner as to give* **VP Enterprises Group** *reasonable opportunity to act on it. I (we) understand that I (we) will be notified of any payment changes. Furthermore, if payments are not made by the scheduled due date, all services by* **VP Enterprises Group** *will stop immediately and all monies will be non-refundable. I also agree that I am responsible for 100% of the service fee. I authorize the above named business(s) to charge the credit card indicated in this authorization form. This payment authorization is for the goods/services provided by the above named business(s), for the amount indicated above. I certify that I am an authorized user of this credit card and that I will not dispute the payment, with my credit card company, at any time and will contact the merchant about any and all issues related to the goods/services provided.*

**THE CHARGE WILL SHOW:VP Enterprises Group*

Client(s) Name ███████████        SIGNATURE: _____

Notary _Linda Oberegon_

Date of Authorization: _2/19/15_

█████ LINDA OBREGON
Notary Public, State of Texas
My Commission Expires
October 19, 2017

FTC-PLS-S1-0002140

** EACH PERSON LOG INTO Creditchecktotal.com and sign up for services.**

APPLICANT:

First Name: ~~____~~ Last Name ~~____~~

Address: ~~____~~

Home Phone ~~____~~

Social Security: ~~____~~ Drivers License Number:

COMPLETE ONLY IF DIFFERENT FROM ABOVE, OR IF LIVED AT THIS ADDRESS LESS THAN 2 YEARS.

Name: (if different from above) _____

Previous Address: _____

Lived at this address from: _____ to: _____

CREDIT CHECK TOTAL: Log In Code: _____ Password: _____

2

FTC-PLS-S1-0002141
**Einikis Attachment B
Page 71 of 93**

PX 21, Page 128

2/19/2015



Dear

Enclosed please find a Credit Portfolio Packet:

When your packet arrives you will need to do the following:

1) Sign all documents where indicated by "Signature"
2) Fill out the Client Information Sheet. "Please print legibly using black or blue ink"
3) Fill the Trade Line Sheet. (Make sure to include all debts you are pursuing) along with the account numbers and the amount owing, if known.
4) Answer question on Declaration, then Sign and date.
5) The affidavit needs to be signed and dated in front of a notary. (This needs to be done for each applicant.)
6) Each individual log into (Creditchecktotal.com) and sign up for services. Please provide the login and password. (please print)
   A) COPY OF ID- Drivers License: (other forms of I.D. you can use State I.D. and or a Passport). Please make a copy of Drivers License, if there are two applicants please use a separate copy for each.
   B) COPY OF SOCIAL SECURITY CARD: (other forms such as W-2, Front page of tax return). Please make a copy of the Social Security Card, if there are two applicants; please use a separate copy for each.
   C) If there are two applicants you may place your Identification, Social Security card on the same page for the same person.
   D) COPY OF UTILITY BILL: This must show current address, and it must show the name of the applicant of which we are submitting.

ALL ADDRESSES MUST MATCH.,


CREDIT INFORMATION SHEET:

1

CREDIT INFORMATION SHEET:

** EACH PERSON LOG INTO Creditchecktotal.com and sign up for services.**

APPLICANT:

First Name: _____ Name: _____

Address: _____

Home Phone: _____ Cell Phone: _____

Social Security: _____ Drivers License Number: _____

**COMPLETE ONLY IF DIFFERENT FROM ABOVE, OR IF LIVED AT THIS ADDRESS LESS THAN 2 YEARS.**

Name: (if different from above) _____

Previous Address: _____

Lived at this address from: _____ to: _____

CREDIT CHECK TOTAL: Log In Code: _____ Password: _____

CO-APPLICANT:

First Name: _____ Last Name: _____

Address: _____

Home Phone: _____ Cell Phone: _____

Social Security: _____ Drivers License Number: _____

**COMPLETE ONLY IF DIFFERENT FROM ABOVE, OR IF LIVED AT THIS ADDRESS LESS THAN 2 YEARS.**

Name: (if different from above) _____

Previous Address: _____

Lived at this address from: _____ to: _____

CREDIT CHECK TOTAL: Log In Code: _____ Password: _____

3

## LIST OF TRADE LINES AFFECTED:

List all account you believe were affected:

1) **Tradeline: Chase Acct #** ████████████████

## DECLARATIONS

I did not authorize anyone to use my name or personal information to obtain money, credit, loans, goods or services- or for any other purpose- as described in this report.

I did not receive any money, goods, service, or other benefit as results of the items listed on the affected trade line list.

Are you a member of the U.S. Armed Forces or Dependant? _____ Status: _____

Installation? _____ Pay Grader: _____ Branch: _____

Have you experienced any non-monetary harm?   (Circle all that apply)

**Denied Credit or Other Financial Services**   Civil Lawsuit or Judgment filed against you

**Harassed by debt collector or creditor**   Denied Employment or Loss of Job

Other: _____

_____

Signature: _____ Date: 2/19/15

5

FTC-PLS-S1-0002145

**VICTIMS NAME**  **PHONE NO.**

As applicable, sign and date IN THE PRESENCE OF a law enforcement officer, a notary, or a witness:

(21)   I certify that to the best of my knowledge and belief all of the information on and attached to this complaint is true, correct and complete and made in good faith.  I understand that this complaint or the information it contains will be made available to federal, state, and or local law enforcement agencies for such action within their jurisdiction as they deem appropriate.  I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statues, and may result in fines, imprisonment, or both.

**YOUR AFFIDAVIT**

(22)   If you do not choose to file a report with law enforcement, you may use this form as an Identity Theft Affidavit

To prove to each of the companies where the thief misused your information that you are not responsible for the fraud.  While many companies accept this affidavit, others require that you submit different forms.  Check with each company to see if it accepts this form.  You should also check to see if it requires notarization.  Also, sign in the presence of a notary.  If it does not please have one witness (non-relative) sign that you completed and signed this affidavit.

Signature _____   Date  2-19-15

STATE OF _____

COUNTY OF _____

I, Linda Obregon before me, the undersigned, a Notary Public in and for the said County and State, on this 19 day of Feb , 2015 personally appeared _____ before me is known to be the identical person who executed the foregoing instrument and acknowledged to me that he did execute the same of his/her free and voluntary act.  Given under my hand and seal the day and year last above written.

_____
Linda Obregon   Notary Public

My Commission Expires: 10/19/2017

LINDA OBREGON
Notary Public, State of Texas
My Commission Expires
October 19, 2017

6

FTC-PLS-S1-0002146

**Einikis Attachment B**
**Page 76 of 93**

PX 21, Page 133

# VP ENTERPRISES GROUP

# NEW CLIENTS

Enclosed are your documents for your review. Please contact us if you have any questions.

## Enclosed Information

- Client Agreement (Initial each page and Sign where indicated)
- Exhibit "A" of Client Agreement (Completed)
- Payment Authorization Form (Please complete)

Please review and sign copies of the following documents then e-mail, fax or mail them back to our office via the U.S. Postal Service, Priority Mail.

Time is of the essence and it is imperative that you stay in communication with your account manager throughout the entire process. Because we have many clients we ask that if you have questions to email them to: **customersupport@vpgroupenterprises.com** and a representative will either email or call you with a response within the next business day. Please be sure to give us as much detail as possible. If you do not have email **please call 855-609-9933** and leave a detailed message to include a good number to call back. A manager will return your call by the next business day.



FTC-PLS-S1-000214?

**Einikis Attachment B**
**Page 77 of 93**

PX 21, Page 134

# VP ENTERPRISES GROUP

## CLIENT AGREEMENT

This agreement is entered into on *this* (____19th____day of *February* ), 2015 between VP ENTERPRISES GROUP (hereinafter referred to as "VP ENTERPRISES GROUP") and ▓▓▓▓▓▓ **Residing at** ▓▓▓▓▓▓ (hereinafter referred to as "Client"); Whereas, Client is the holder of these accounts set forth on Exhibit "A".

In Consideration of the covenants and conditions contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties do hereby agree as follows:

1.      **Subject of Agreement**. Client hereby agrees to VP Enterprises Group to provide services listed herein. **VP Enterprises Group** will provide services and member discounts as in the informational materials given to Client. As to **VP Enterprises Groups** validation program, we will prepare documents for Client's use and approval to confirm, validate and dispute the Client's debts. Documents will be prepared and provided with the goal of validation of third party debts against Client.

2.      **Responsibilities** .**VP Enterprises Group** agrees to perform the services specified in this Agreement as stated in the agreement " Debt Validation Services". **VP Enterprises Group** further agrees to keep Client reasonably informed of progress and will respond to any inquiries or correspondence by the Client in a prompt manner.

3.      **Responsibilities of Client Relating to Program**. Client agrees to provide all necessary information to **VP Enterprises Group** Services regarding billing statements and collection notices from the Bank(s) or Third Party Collector(s) of creditors and amounts allegedly owed. Client agrees to inform **VP Enterprises Group** of any developments affecting a change in address or telephone numbers. Client agrees to make timely payment(s) related to **VP Enterprises Group** . Client agrees and acknowledges the fact that Client remains personally responsible for all debts, even if Client has defaulted on such. A nonpayment, skipped payment, and/or insufficient funds withdrawal, for payment to , **VP Enterprises Group** will result in notification to Client's creditors that Client is no longer being assisted by **VP Enterprises Group**. Client may request changes to payment dates in writing no less than five(5) business days before scheduled withdrawal/payment date. Client understands that in the event Client's agreement is terminated, independent service providers may reduce or eliminate any discounts provided to client because of termination.

4. **Money Back Guarantee, Refund Policy**. If your debt is fully verified and validated by the debt collector and / or credit company, including returning a fully filled out Collector Disclosure Statement, requested accounting, and other items required by the Notice and Demand For Verification of Debt, you will receive a refund on that account not validated.

5.      **Authorization to Communicate about Client Information**. Client hereby permits **VP Enterprises Group** and its employees, agents and authorized representatives (including attorneys who it or Client may hire) the right to communicate with each of Client's creditors and/or third party collection agencies to accomplish the **VP Enterprises Group** purposes of this Agreement. To that end, and subject to applicable law, **VP Enterprises Group** may share with its employees, agents and representatives Client's personal financial information



Feb 19 15 05:09p        MetroRealty-Martin                          352-372-2020          p.3

submitted in relation to this Agreement. **VP Enterprises Group purposes**, at its discretion, may also use and share Client's personal financial information with third parties to accomplish its obligations pursuant to this Agreement.**VP Enterprises Group** will also provide client information to include name, address and telephone number, along with personal financial information on each consumer's accounts to any discounted third party programs that consumer selects to receive service from. Further explanation in **VP Enterprises Group** privacy policy Third Party Collection Calls. In the event that client continues to receive phone calls from a third party debt collector after the validation process begins, **VP Enterprises Group** may, at its discretion and upon Client's approval, enroll Client into a membership with an attorney network or legal access plan that provides assistance in



FTC-PLS-S1-000214

**Einikis Attachment B
Page 79 of 93**

PX 21, Page 136

FDCPA matters at no charge to Client. USA shall have no liability for any such services or any other services provided by independent discounted service providers, and Client agrees to forgo and waive any claims for such. **VP Enterprises Group** may discontinue services at any time. Client is to record each call on call log (found in client welcome packet) and take a digital image of caller identification.

6.      **Payments.** Client authorizes **VP Enterprises Group** to debit Client's credit card account(s), as designated by Client to pay fees associated with this Agreement on a monthly and / or authorizes **VP Enterprises Group** to debit Client's personal bank / ACH account for fees. **VP Enterprises Group** services also accepts money orders, certified checks, or wire transfers for payment of fees. Please request for a receipt if you pay by these methods. Client may stop any ACH debit transaction by providing written notice to **VP Enterprises Group** within five (5) business days prior to the next scheduled debit. Client will review and sign the required debit form(s) providing bank account information and / or credit card authorization form, to support such payments.

7.      **Compensation.** In consideration for the Services that **VP Enterprises Group** will render hereunder, Client agrees to pay **VP Enterprises Group** the sum of: ($4,400.00). Non-payment of Minimum Payments. Client understands that the Fair Credit Billing Act prohibits a creditor from taking certain action against a consumer who withholds payment due to a good faith billing dispute. Client also understands that the Fair Debt Collection Practices Act prohibits third party debt collectors from engaging in certain behavior. Client hereby agrees to waive any claims against VP Enterprises Group, its employees, agents and authorized representative for all third party violations of the Fair Credit Billing Act, Fair Debt Collection Practices Act and the Fair Credit Reporting Act that were or maybe committed by Client's creditors or their third party collection agents. Termination, either party may terminate this Agreement at any time within 5 business days written notice to the other. Upon termination and following expiration of any state statutory cancellation period, fees paid are considered earned.

IN WITNESS WHEREOF, the parties have executed this Agreement as of this day and year first above written:

Authorized Signatory of  **VP Enterprises Group** Name: _

Client's Signature: ▓▓▓▓▓▓▓▓▓▓▓▓

**ACKNOWLEDGEMENT OF NOTARY**   (only if requested)
Subscribed and sworn to before me in my Presence, this *19* day of: *February* , *2015*
a Notary Public in and for the County of; *Putnam*                  State of; *Florida*

*Carole Ann Martin*                              *Carole Ann Martin*

(Signature)                                      Notary Public Name
My commission expires; _   *Nov. 03*                        *2017*
                          (month / day)                      (year)

[Notary stamp: CAROLE ANN MARTIN   MY COMMISSION # FF43917   EXPIRES: November 03, 2017]

Notary Seal Here

FTC-PLS-S1-000215

# VP ENTERPRISES GROUP
## Client Information Authorization

I I/We, ███████████████_____and co-applicant (if applicable) _____

hereby grant VP Enterprises Group the authorization to request, receive and discuss any and all account information with my alleged creditors on my behalf. This may include but not be limited to disputing the validity of said debt.

In addition, I authorize the review of my financial situation with my alleged creditors, and I agree to indemnify and hold VP Enterprises Group harmless of any loss, liability or damage by any reason thereof. This authority is assignable and transferable. It is understood that a copy of this form will also serve as authorization.

By signing this authorization, I hereby acknowledge that I have read VP Enterprises Group Service Agreement and accept and consent to all terms set forth in the Agreement.

Client Signature_____████████████____ Co-Client Signature_____

DATE: 2-19-15                    DATE: _____

FTC-PLS-S1-000215

**Einikis Attachment B**
**Page 81 of 93**

Feb 19 15 05:10p      MetroRealty-Martin                    352-372-2020          p.6

# VP ENTERPRISES GROUP

## Authorization To Communicate

(With Creditors, Collection Agencies & Law Firms)



I I/We _____ , and co-applicant (if applicable) _____

residing at, _____

designate and appoint **VP Enterprises Group** and its employees, including but not limited to current employees as my/our agent and Authorized Representative to communicate with any/all creditors, collection agencies, and any other entities trying to collect alleged debts from me/us.

I (we) also authorize all of the above to communicate with banks, creditors, financial institutions, collection agencies, third-party vendors, related personnel and all other necessary entities and individuals relating to my/our alleged debts.

I (we) also authorize all of the above to obtain records, debt validations, credit reports and support for the debts allegedly owed on my/our behalf.

I (we) affirm that all of the information that I (we) have or will provide to **VP Enterprises Group** is accurate, timely and correct. All of the above may discuss any and all details of my/our financial situation with any first party creditor, collection agency, and credit reporting agency or law firm.

The recipient(s) of this Authorization To Communicate, whether by original, photo copy, facsimile or electronic copy is/are specifically authorized and instructed by the undersigned party(ies) to receive communications from **VP Enterprises Group** and its employees, including but not limited to all current employees and to address responses to the appropriate agent at the address provided in their communications.

_____                    _____
Client Signature                            Co-Client Signature


Date: 2-19-15 _____              Date: _____



FTC-PLS-S1-000215

**Einikis Attachment B**
**Page 82 of 93**

PX 21, Page 139

Feb 19 15 05:11p     MetroRealty-Martin                    352-372-2020          p.7

2/18/2015



Dear

Enclosed please find a Credit Portfolio Packet:

When your packet arrives you will need to do the following:

1) Sign all documents where indicated by "**Signature**"
2) Fill out the Client Information Sheet. "**Please print legible using black or blue ink**"
3) Fill the Trade Line Sheet. (Make sure to include all debts you are pursuing) along with the account numbers and the amount owing, if known.
4) Answer question on Declaration, then Sign and date.
5) The affidavit needs to be signed and dated in front of a notary. (This needs to be done for each applicant.)
6) Each individual log into (Creditchecktotal.com) and sign up for services. Please provide the login and password. (please print)
   A) COPY OF ID– Drivers License: (other forms of I.D. you can use State I.D. and or a Passport). Please make a copy of Drivers License, if there are two applicants please use a separate copy for each.
   B) COPY OF SOCIAL SECURITY CARD: (other forms such as W-2, Front page of tax return). Please make a copy of the Social Security Card, if there are two applicants; please use a separate copy for each.
   C) If there are two applicants you may place your identification, Social Security card on the same page for the same person.
   D) COPY OF UTILITY BILL: This must show current address, and it must show the name of the applicant of which we are submitting.

ALL ADDRESSES MUST MATCH.,

CREDIT INFORMATION SHEET:

1

FTC-PLS-S1-000215

**Einikis Attachment B
Page 83 of 93**

PX 21, Page 140

CREDIT INFORMATION SHEET:

** EACH PERSON LOG INTO Creditchecktotal.com and sign up for services.**

APPLICANT:

First Name: ███████████████          Last Name: ████████████████

Address: ████████████████████████████████████

Home Phone: ████████████    Cell Phone: _N/A_____

Social Security: ████████████    Drivers License Number ████████████████

COMPLETE ONLY IF DIFFERENT FROM ABOVE, OR IF LIVED AT THIS ADDRESS LESS THAN 2 YEARS.

Name: (If different from above) _____

Previous Address: _____

Lived at this address from: _____ to: _____

CREDIT CHECK TOTAL:  Log in Code: _____ Password: _____

CO-APPLICANT:

First Name: _____ Last Name: _____

Address: _____

Home Phone: _____ Cell Phone: _____

Social Security: _____ Drivers License Number: _____

COMPLETE ONLY IF DIFFERENT FROM ABOVE, OR IF LIVED AT THIS ADDRESS LESS THAN 2 YEARS.

Name: (if different from above) _____

Previous Address: _____

Lived at this address from: _____ to: _____

CREDIT CHECK TOTAL:  Log in Code: _____ Password: _____

3

Feb 19 15 05:12p        MetroRealty-Martin                    352-372-2020              p.10

## LIST OF TRADE LINES AFFECTED:

List all account you believe were affected:

1) Tradeline: B.O.A. VISA        ACCT#████████████        BAl: $13,939

# VP ENTERPRISES GROUP

## CREDIT CARD AUTHORIZATION FORM 1

☐          ☐          ☐          ☐

Credit Card: ▬▬▬▬▬▬▬          Expiration Date ▬▬ SEC

Code: ▬▬

Card Holder(s) Name / Company Name / Bank Name          DL # ▬▬▬▬▬▬▬

**Fred McMahon**
Billing Address: ▬▬▬▬▬▬▬

Telephone Number (1)          Maiden Name          Telephone Number (2)

                                                    N/A
Date of Birth:          Social Security#          E-Mail Address

| Payment Date and Amount | |
|---|---|
| Date: _____ | |
| Amount: $6,789.00   (Total Fees: $6,789.00) | |

*This authorization is to remain in full force and effect until all amounts payable to VP Enterprises Group are paid in full or until I (we) revoke the Agreement as hereinafter provided. Any revocation shall not be effective until VP Enterprises Group has received written notification from me (us) of my (our) desire to terminate this Agreement in such time and in such manner as to give VP Enterprises Group reasonable opportunity to act on it. I (we) understand that I (we) will be notified of any payment changes. Furthermore, if payments are not made by the scheduled due date, all services by VP Enterprises Group will stop immediately and all monies will be non-refundable. I also agree that I am responsible for 100% of the service fee. I authorize the above named business(s) to charge the credit card indicated in this authorization form. This payment authorization is for the goods/services provided by the above named business(s), for the amount indicated above. I certify that I am an authorized user of this credit card and that I will not dispute the payment, with my credit card company, at any time and will contact the merchant about any and all issues related to the goods/services provided.*

**THE CHARGE WILL SHOW:VP Enterprises Group**
Client(s) Name ▬▬▬▬▬▬       SIGNATURE: ▬▬▬▬▬▬

Notary _Carol Ann Martin_
        _Carol Ann Martin_

CAROLE ANN MARTIN
MY COMMISSION # FF889957
EXPIRES: November 03, 2017

Date of Authorization:   _3/19/15_

## DECLARATIONS

I did not authorize anyone to use my name or personal information to obtain money, credit, loans, goods or services- or for any other purpose- as described in this report.

I did not receive any money, goods, service, or other benefit as results of the items listed on the affected trade line list.

Are you a member of the U.S. Armed Forces or Dependant? _No_ Status: _____

Installation? _____ Pay Grader: _____ Branch: _____

Have you experienced any non-monetary harm?    (Circle all that apply)

(Denied Credit or Other Financial Services)   Civil Lawsuit or Judgment filed against you

Harassed by debt collector or creditor       Denied Employment or Loss of Job

Other: _____

_____

Signature: ████████████████   Date: _2-19-15_

5

L.H.

FTC-PLS-S1-0002158

**Einikis Attachment B
Page 87 of 93**

PX 21, Page 144

Feb 49 15 05:13p     MetroRealty-Martin                    352-372-2020        p.13

VICTIMS NAME ████████████ PHONE NO. ██████████████

As applicable, sign and date IN THE PRESENCE OF a law enforcement officer, a notary, or a witness:

(21)   I certify that to the best of my knowledge and belief all of the information on and attached to this complaint is true, correct and complete and made in good faith. I understand that this complaint or the information it contains will be made available to federal, state, and or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statues, and may result in fines, imprisonment, or both.

**YOUR AFFIDAVIT**

(22)   If you do not choose to file a report with law enforcement, you may use this form as an Identity Theft Affidavit.
       To prove to each of the companies where the thief misused your information that you are not responsible for the fraud. While many companies accept this affidavit, others require that you submit different forms. Check with each company to see if it accepts this form. You should also check to see if it requires notarization. Also, sign in the presence of a notary. If it does not please have one witness (non-relative) sign that you completed and signed this affidavit.

_____              _2 - 19 - 15_
Signature                                 Date

STATE OF   Florida
COUNTY OF ████████████

       I, _Carole Ann Martui_ before me, the undersigned, a Notary Public in and for the said County and State, on this ___19 th___ day of __February__, 20_15_ personally appeared ██████████████████ before me is known to be the identical person who executed the foregoing instrument and acknowledged to me that he did execute the same of his/her free and voluntary act. Given under my hand and seal the day and year last above written.

_Carole Ann Martin_
_____
                      Notary Public

My Commission Expires:  _Nov. 3, 2017_

[Notary Seal: CAROLE ANN MARTIN / MY COMMISSION # FF051097 / EXPIRES: November 03, 2017]

6

FTC-PLS-S1-0002159

**Einikis Attachment B**
**Page 88 of 93**

PX 21, Page 145





**Payout Report Please review**
1 message

VANESSA PEDRAZA <vpegroup@gmail.com>                          Tue, Mar 3, 2015 at 1:05 PM
To: Yanira Rosario ‹                    @gmail.com›

Yanira Rosario‹                    @gmail.com›

| Date | | | | Amount | |
|---|---|---|---|---|---|
| 2/19/2015 | | Rosemont | | $4,130.61 | |
| 2/19/2015 | H | Rosemont | | $6,789.00 | ? |
| 2/20/2015 | G | osemont | | $4,572.00 | |
| 2/23/2015 | B | Rosemont | | $1,000.00 | |
| 2/23/2015 | A s | osemont | | $1,090.00 | |
| 2/23/2015 | G | osemont | | $1,000.00 | |
| 2/23/2015 | J C | osemont | | $1,000.00 | |
| 2/25/2015 | C | Rosemont | | $1,940.00 | ^ |
| 2/25/2015 | G | Rosemont | | $5,200.00 | |
| 2/25/2015 | O J | Rosemont | | $4,499.00 | ? |
| 2/25/2015 | D | Rosemont | | $1,444.23 | ? |
| 2/25/2015 | J D | Rosemont | | $1,745.00 | ? |
| 2/25/2015 | R G | Rosemont | | $2,699.00 | ? |
| 2/26/2015 | O T | Rosemont | | $4,967.26 | ? |
| 2/26/2015 | S W | Rosemont | | $5,199.00 | ? |
| 2/26/2015 | M C | Rosemont | | $4,000.00 | |
| 2/26/2015 | F H | Rosemont | | $4,330.00 | |
| 2/27/2015 | D B | Big O / Rosemont | | $2,000.00 | Original price $4,000 Split Between Rosemont and Big O |
| 2/27/2015 | B P | Rosemont | | $5,300.00 | |

1 of 2                                                                              3/3/2015 3:14 F

FTC-PLS-S1-0001757

**Einikis Attachment B
Page 90 of 93**

PX 21, Page 147



| 2/27/2015 | B | C | Rosemont | | $4,845.00 | |
| 2/27/2015 | E | C | Rosemont | | $5,250.00 | |
| | | | | | **$72,910.12** | |

VP ENTERPRISES GROUP LLC
8595 PELHAM RD
GREENVILLE SC 29615
(864)520-5389

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  If you have received this message by error, please notify the sender and delete it from the system immediately.

FTC-PLS-S1-0001758

**Einikis Attachment B
Page 91 of 93**

PX 21, Page 148





**BRIGHT HOUSE NETWORKS**
**business solutions**

Customer Business Name / Street Address:   1200 W STATE ROAD 434 STE 216 LONGWOOD FL 32750

## Work Included at Time of Installation

The work performed as part of this fee includes the following:

Installation Charge:  160.00

- Professional installation in designated equipment room of required BHN equipment
- Verification that service is operational at existing functional outlets
- One (1) new outlet or jack, including one wall fish if required (process where line is concealed inside the finished wall and connected from source to outlet)
- Installation of High Speed Data includes verification of internet connectivity and Bright House email (as applicable) on one (1) PC

This professional installation only covers the work described above. Any additional work required by the customer shall include additional charges as detailed below:

## Additional Work Performed at Job Site

| Service | HSD | | Video | | Phone | | | Total & Price | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Additional Outlet | Q: | | Q: | | Q: | | | 0 | @ $60.00 | $ |
| Activate Existing Phone Outlets | Q: | | Q: | | Q: | | | 0 | @ $40.00 | $ |
| | | | | | | | | | Total: | $ |

I acknowledge that this form is subject to the terms of my Bright House Networks Business Solutions Services Agreement and that the above additional work is being requested by me, to be performed at the time of installation. I am aware that the above items will be shown on the installation work order, and will be billed at

$160.00   to my account.  (Standard Install Fee + Additional Work)

Customer Name (Print) _____ Dimitri   Rivera _____

Customer Signature _____   Contact Number 321 - 356 - 9403

Notes:
Business Solutions Sales Outlet Form

Contract Form Version and Date   1.1   6/7/2013

FTC-PLS-S1-0000198

**Einikis Attachment B**
**Page 92 of 93**

PX 21, Page 149

Order #

# Business Solutions Order Form

| Type of Order: | ☒ New ☐ Change ☐ Transfer ☐ Renewal | | | | | | BHN #: | | |
|---|---|---|---|---|---|---|---|---|---|
| Customer Name: | Nest Egg Technologies | | | | | | Current Provider: | | |
| Name on Bill: | | | | | | | BTN: | | |
| Service Address: | 1200 W State Road 434 STE 216 | | | | | | Customer is Premises owner of Service Address ☐ Yes ☐ No | | |
| City/State/Zip: | Longwood FL 32750 | | | | | | Install Contact: Dimitri Rivera | | |
| Billing Address: | | | | | | | Contact Cell: 321-356-9403 | | |
| City/State/Zip: | | | | | | | Contact Email: | | |
| SS or Tax ID: | | | | | | | Tax Exempt: ☐ Yes (Attached) ☐ No | | |
| Terms of Service: | ☐ Month to Month ☐ One Year ☐ Two Year ☒ Three Year (Excludes Business TV Services) | | | | | | | | |

| TELEPHONE NUMBER DETAILS | | | | | | | | SURVEY: Date | Timeframe | | INSTALLATION: Date | Timeframe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Line # | Telephone Number (Native for New) | FF BSC RCF TF | Hunt Fax CC Alarm | Voicemail | Call Waiting | 3 Way Call | Call Block | Directory Name | Directory Category | Caller ID Display |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 2 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 3 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 4 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 5 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 6 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 7 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 8 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 9 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 10 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 11 | | | | ☐ | ☐ | ☐ | ☐ | | | |
| 12 | | | | ☐ | ☐ | ☐ | ☐ | | | |

### SERVICE DETAILS

| | | | | | Install Fees | Monthly Charges |
|---|---|---|---|---|---|---|
| Business Phone | ☐ Full Featured Lines: ( ) | | ☐ Basic Lines: ( ) | | | |
| | ☐ Standard Voice Mails: ( ) | | ☐ Basic Hunt: ( ) | | | |
| Business Internet | ☒ 325 X 20 Mbps ( ) | ☐ Static IP: ( ) | ☒ Business WiFi ☐ Guest WiFi ( ) # APs | | $110.00 | $295.00 |
| Business Video | ☐ ( ) | ☐ Music Choice ( ) | Outlets: ( ) | Boxes: ( ) | | |
| Toll Free | ☐ New ☐ Port Provider: | | TF: | Rings To: | | |
| RCF | ☐ New ☐ Port Provider: | | RCF: | Rings To: | | |
| Misc. | ☐ | | | | Price: | |
| WIFI | ☐ Complimentary BHN WiFi Hotspot ☐ Web Hosting Lead | | *Prices do not include taxes, equipment and fees. Totals: | | $110.00 | $295.00 |

I have received and agree to the terms of Bright House Networks Business Solutions Service Agreement, as applicable and separately provided to me by BHN. The Bright House Networks Business Solutions Service Agreement is available at business.brighthouse.com/legal/services_agreement_terms_and_conditions. This Service Order shall be renewable for successive terms unless at least thirty (30) days prior to the expiration of the then-current term, either party notifies the other party of such party's intent not to renew this Service Order. Service Order terms and corresponding monthly billing will commence on actual service installation date. Business TV and Equipment charges are delivered on a month to month basis and subject to increases.
**For Voice Service Orders Only**
By signing below, I choose Bright House Networks, LLC ("BHN") as my preferred provider for local, long distance and international long distance telephone service(s) for the above service address and the telephone number(s). I authorize BHN to serve as my agent to effectuate the change of my telephone service for each such service. I understand that only one preferred provider may be designated for each telephone service associated with the telephone number(s) listed above. I am at least 18 years of age and legally authorized to change telephone service providers for the services associated with such telephone number(s).

| Authorized Name | Dimitri Rivera | Authorized Signature | | Date 6-18-15 |
|---|---|---|---|---|

E911 Notification - The Business Solutions voice-enabled equipment is electrically powered & in the event of a outage or Bright House Networks failure, Enhanced 9-1-1 services may not be available. The Bright House Networks Business Solutions Services Agreement prohibits moving the voice enabled customer premise equipment to a new address. If you do so, Enhanced 911 services may not operate properly and emergency operators will be unable to accurately indentify the callers address. If you would like to move your service you must call Bright House Networks.

Notes:

Contract Form Version and Date   1.1   6/7/2013



## FORNESS Properties

Commercial Real Estate Services

June 2, 2015

Gary Rodriguez
Via Email: mayheminnovations1@gmail.com

Re:    1200 W S.R. 434 Office Building

Dear Gary:

The following is a proposal for your client to lease at 1200 West S.R. 434, Longwood FL. We propose the following lease terms.  Please keep in mind this is a non-binding letter of intent.

### THREE-YEAR LEASE

| | |
|---|---|
| Tenant: | AR HOME EDUCATIONS, LLC |
| Landlord: | ILC, LLC |
| Premises: | +/- 1,245 square feet (See "Exhibit A") |
| Base Lease Term: | Three (3) Years |
| Lease Commencement Date: | To Be Determined |
| Base Rent: (Includes Power and Sales Tax) | Months 1-12:  $1,436.42 monthly  ($13.00 psf)<br>Months 13-24: $1,479.51 monthly  ($13.39 psf)<br>Months 25-36: $1,523.90 monthly  ($13.79 psf) |
| Operating Expenses and Real Estate Taxes: | Landlord's responsibility |
| Electric: | Landlord is responsible for paying utilities. |
| HVAC: | Landlord is responsible for unit. |
| Janitorial: | Tenant's responsibility in Premises and Landlord's responsibility in common areas. |
| Tenant Improvements: | Landlord will paint the Premises in a color of the Tenant's choice and deliver carpet in clean condition. |
| Parking: | Tenant will share parking spaces with the other tenants in the building. |
| Signage: | Landlord will install signage on the entrance door of the suite. |

2221 Lee Road, Suite 11 ■ Winter Park, FL 32789
T: 407.403.5846   F: 407.403.6472
www.fornessproperties.com



**FORNESS Properties**

Commercial Real Estate Services

| | |
|---|---|
| Building Hours: | The Lobby of the building is unlocked and locked automatically. The hours are 7:30am to 6:30 pm. Tenant may determine its own hours to come and go into suite. |
| Security Deposit: | $1,500.00 |
| Financial Information: | Provide a financial statement and a landlord reference. |

We appreciate your interest in leasing at our building! I look forward to hearing from you in regards to this proposal. This proposal is subject to Landlord's review and approval.

Sincerely,

Payton Foster

2221 Lee Road, Suite 11 ◼ Winter Park, FL 32789
T: 407.403.5846   F: 407.403.6472
www.fornessproperties.com

FTC-PLS-S3-0000638

**Einikis Attachment C
Page 2 of 84**

PX 21, Page 152



# FORNESS Properties

Commercial Real Estate Services

Exhibit A

Premises:

Suite 226; 1,245 sf



Existing Conditions Plan – 2nd floor

2221 Lee Road, Suite 11 ■ Winter Park, FL 32789
T: 407.403.5846   F: 407.403.6472
www.fornessproperties.com

FTC-PLS-S3-0000639

**Einikis Attachment C
Page 3 of 84**

PX 21, Page 153

# RELEASE FORM

I hereby authorize Forness Properties or any agent of Forness Properties, to contact any credit bureaus, corporations, law enforcement agencies, and persons to supply any information concerning my background. I also hereby release any of the above from liability and responsibility arising from their doing so. This research may be performed for information dating back for the past ten years. Applicant acknowledges that false information herein may constitute grounds for rejection of this application, termination of right of occupancy. I believe to the best of my knowledge that all information I have provided is accurate and that I fully understand the terms of this release.

Photocopies of this authorization form may be made to facilitate multiple inquiries. In the event you do receive a photocopy of this authorization, it should be treated as an original and the requested information should be release to facilitate my/our application for residency.

Applicant Name: __Angel Rodriquez__

Street Address: _____

City/State/Zip: __Winter Park, FL__

Social Security #: _____     Date of Birth: _____

Applicant Signature: __A. Rodriquez__     Date: __6__ / __1__ / __2015__

Co-Applicant Name: _____

Street Address: _____

City/State/Zip: _____

Social Security #: ____-____-____     Date of Birth: ___/___/___

Co-Applicant Signature: _____     Date: ___/___/___

*Give original with Summary of Rights to applicant. Retain a copy of the release for your files*

FTC-PLS-S3-0000640

OMB APPROVAL NO. 3245-0188
EXPIRATION DATE:11/30/2004

**PERSONAL FINANCIAL STATEMENT**

U.S. SMALL BUSINESS ADMINISTRATION

As of June 1 , 2015

Complete this form for: (1) each proprietor, or (2) each limited partner who owns 20% or more interest and each general partner, or (3) each stockholder owning 20% or more of voting stock, or (4) any person or entity providing a guaranty on the loan.

Name Angel Rodriguez     Business Phone 855 - 315 - 9296

Residence Address ████████████     Residence Phone 321

City, State, & Zip Code Winter Park, FL ████████

Business Name of Applicant/Borrower AR Home Educations, LLC

| ASSETS | (Omit Cents) | LIABILITIES | (Omit Cents) |
|---|---|---|---|
| Cash on hand & in Banks | $ | Accounts Payable | $ |
| Savings Accounts | $ | Notes Payable to Banks and Others | $ |
| IRA or Other Retirement Account | $ | (Describe in Section 2) | |
| Accounts & Notes Receivable | $ | Installment Account (Auto) | $ |
| Life Insurance-Cash Surrender Value Only (Complete Section 8) | $ | Mo. Payments $ | |
| | | Installment Account (Other) | $ |
| Stocks and Bonds | $ | Mo. Payments $ | |
| (Describe in Section 3) | | Loan on Life Insurance | $ |
| Real Estate | $ | Mortgages on Real Estate | $ |
| (Describe in Section 4) | | (Describe in Section 4) | |
| Automobile-Present Value | $ | Unpaid Taxes | $ |
| Other Personal Property | $ | (Describe in Section 6) | |
| (Describe in Section 5) | | Other Liabilities | $ |
| Other Assets | $ | (Describe in Section 7) | |
| (Describe in Section 5) | | Total Liabilities | $ |
| | | Net Worth | $ |
| Total | $ | Total | $ |

| Section 1.    Source of Income | | Contingent Liabilities | |
|---|---|---|---|
| Salary | $ | As Endorser or Co-Maker | $ |
| Net Investment Income | $ | Legal Claims & Judgments | $ |
| Real Estate Income | $ | Provision for Federal Income Tax | $ |
| Other Income (Describe below)* | $ | Other Special Debt | $ |

Description of Other Income in Section 1.

*Alimony or child support payments need not be disclosed in "Other Income" unless it is desired to have such payments counted toward total income.

Section 2. Notes Payable to Banks and Others.   (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed.)

| Name and Address of Noteholder(s) | Original Balance | Current Balance | Payment Amount | Frequency (monthly, etc.) | How Secured or Endorsed Type of Collateral |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SBA Form 413 (3-00) **Previous Editions Obsolete**
This form was electronically produced by Elite Federal Forms, Inc.

(tumble)

**Section 3.  Stocks and Bonds.** (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed).

| Number of Shares | Name of Securities | Cost | Market Value Quotation/Exchange | Date of Quotation/Exchange | Total Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Section 4.  Real Estate Owned.** (List each parcel separately. Use attachment if necessary. Each attachment must be identified as a part of this statement and signed.)

| | Property A | Property B | Property C |
|---|---|---|---|
| Type of Property | | | |
| Address | | | |
| Date Purchased | | | |
| Original Cost | | | |
| Present Market Value | | | |
| Name & Address of Mortgage Holder | | | |
| Mortgage Account Number | | | |
| Mortgage Balance | | | |
| Amount of Payment per Month/Year | | | |
| Status of Mortgage | | | |

**Section 5. Other Personal Property and Other Assets.**  (Describe, and if any is pledged as security, state name and address of lien holder, amount of lien, terms of payment and if delinquent, describe delinquency)

**Section 6.     Unpaid Taxes.**  (Describe in detail, as to type, to whom payable, when due, amount, and to what property, if any, a tax lien attaches.)

**Section 7.     Other Liabilities.**  (Describe in detail.)

**Section 8.     Life Insurance Held.**  (Give face amount and cash surrender value of policies - name of insurance company and beneficiaries)

I authorize SBA/Lender to make inquiries as necessary to verify the accuracy of the statements made and to determine my creditworthiness. I certify the above and the statements contained in the attachments are true and accurate as of the stated date(s). These statements are made for the purpose of either obtaining a loan or guaranteeing a loan. I understand FALSE statements may result in forfeiture of benefits and possible prosecution by the U.S. Attorney General (Reference 18 U.S.C. 1001).

| Signature: *A. Rodriguez* | Date: 6/1/15 | Social Security Number: ▓▓▓▓▓ |
|---|---|---|
| Signature: | Date: | Social Security Number: |

PLEASE NOTE:   The estimated average burden hours for the completion of this form is 1.5 hours per response. If you have questions or comments concerning this estimate or any other aspect of this information, please contact Chief, Administrative Branch, U.S. Small Business Administration, Washington, D.C. 20416, and Clearance Officer, Paper Reduction Project (3245-0188), Office of Management and Budget, Washington, D.C. 20503. **PLEASE DO NOT SEND FORMS TO OMB.**

| CITY OFFICE USE: | Transfer Fee | $_____ | | Classification # _____ |
|---|---|---|---|---|
| | License Fee | $_____ | | Location # _____ |
| | County Fee | $_____ | | Control # _____ |
| | Total Amount | $_____ | | License # _____ |

# BUSINESS TAX APPLICATION
City of Longwood, 175 W. Warren Avenue, Longwood, FL 32750-4197
## BTR YEAR: OCTOBER 1 – SEPTEMBER 30

FILING THIS APPLICATION FOR A BUSINESS TAX RECEIPT DOES NOT ALLOW APPLICANT TO OPERATE OR ENGAGE IN ANY TYPE OF BUSINESS UNTIL THE BUSINESS TAX RECEIPT HAS BEEN ISSUED. ANY PERSON, FIRM OR CORPORATION WHO ENGAGES IN ANY OCCUPATION, BUSINESS OR PROFESSION WITHOUT A BUSINESS TAX RECEIPT SHALL BE SUBJECT TO PENALTIES IN ACCORDANCE WITH THE CITY CODE.

Please TYPE OR PRINT FIRMLY & CLEARLY

*THIS FORM MUST BE COMPLETED IN ITS ENTIRETY IF THIS IS A*
*"NEW BUSINESS"_____ "TRANSFER OF LOCATION OF AN EXISTING*
*BUSINESS"* ✓ *(Please check one)*

1. Name of Business AR Home Educations, LLC

2. Address of Business 1200 W. S.R 434 Suite # 226

3. Mailing Address 4759 N. Goldenrod Rd Winterpark FL 32792 855-315-9296
   Street                    City            State    Zip        Business Phone

4. E-mail Address mayheminnovations1@gmail.com

5. Describe in detail the operation of business / profession at this location We do direct mail marketing.

   Number of Seats 12        Occupancy Load _____        Day Care Businesses: Number of children _____

6. Type of Business Equipment (non/office)/vehicles to be used, stored, or parked) N/A

7. Number of EMPLOYEES (including owners, agents, independent contractors, leased/temporary personnel) 12

8. Telephone Number where you can be reached to schedule Fire Inspection: 855-315-9296

9. Additional Requirements:   State License # ████████████████     (Attach Copy)
   *PER SECTION 205.0535(5) Florida Statutes Federal I.D. # ████████████████     (Attach Copy)

   Fictitious Name Registration #_____     (Attach Copy)

10. Reason for Fictitious Name Exemption:   Licensed Professional _____   First/Last Name Used in Business _____   Incorporated _____

11. HOME OFFICE: I have read and understand the regulations and limitations set forth by the City of Longwood concerning Home Offices and my business shall meet said requirements (LDC 5.5.0). YES_____ NO_____

12. ADDITIONAL INFORMATION:_____

| Received: [1] | Received: [2] | Received: [3] |
|---|---|---|
| Planning Division:_____ [Date] | Fire Department:_____ [Date] | Date License |
| Planning Division: Approved:_____ Initial | Fire Department: Approved:_____ Initial | Mailed:_____ [Date] |
| *Disapproved:_____ Initial & Attach Explanation | *Disapproved:_____ Initial & Attach | Comments: |
| Forwarded to Fire Department._____ [Date] | Explanation | |
| *When planning denies an application, they do so by letter | Comments: | |

Signature of Applicant:_____     Date: 6/18/15

FTC-PLS-S3-0000643

**Einikis Attachment C
Page 7 of 84**

PX 21, Page 157

**Sole Proprietor Information** (complete this section if you are not a corporation)

Owners Name: _Angel Rodriguez_ Title: _Owner_

Home Address: ▓▓▓▓▓▓▓▓▓▓ Hr Park, FL ▓▓▓▓▓

Phone Number: 321 ▓▓▓▓ D.O.B ▓▓▓▓ D.L.#: ▓▓▓▓▓

**Applicant Name** (if other than owner): _____

### Corporate and Partnership Information

Corporate Name: _____

Address: _____

_____ Phone Number: _____

Corporate Document # _____ (Attach Copy)

### Officers or Partners:

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

| CITY OFFICE USE: | Transfer Fee | $ | | Classification # | |
| | License Fee | $ | | Location # | |
| | County Fee | $ | | Control # | |
| | Total Amount | $ | | License # | |

# BUSINESS TAX APPLICATION

City of Longwood, 175 W. Warren Avenue, Longwood, FL 32750-4197
**BTR YEAR: OCTOBER 1 - SEPTEMBER 30**

FILING THIS APPLICATION FOR A BUSINESS TAX RECEIPT DOES NOT ALLOW APPLICANT TO OPERATE OR ENGAGE IN ANY TYPE OF BUSINESS UNTIL THE BUSINESS TAX RECEIPT HAS BEEN ISSUED. ANY PERSON, FIRM OR CORPORATION WHO ENGAGES IN ANY OCCUPATION, BUSINESS OR PROFESSION WITHOUT A BUSINESS TAX RECEIPT SHALL BE SUBJECT TO PENALTIES IN ACCORDANCE WITH THE CITY CODE.

Please TYPE OR PRINT **FIRMLY** & CLEARLY        *THIS FORM MUST BE COMPLETED IN ITS ENTIRETY IF THIS IS A*
*"NEW BUSINESS"_____ "TRANSFER OF LOCATION OF AN EXISTING*
*BUSINESS"_____ (Please check one)*

1.  Name of Business _____

2.  Address of Business _____ Suite # _____

3.  Mailing Address _____
        Street                          City          State      Zip        Business Phone

4.  E-mail Address _____

5   Describe in **detail** the operation of business / profession at this location _____

    Number of Seats _____   Occupancy Load _____   Day Care Businesses: Number of children _____

6   Type of Business Equipment (non/office)/vehicles to be used, stored, or parked) _____

7   Number of EMPLOYEES (including owners, agents, independent contractors, leased/temporary personnel) _____

8   Telephone Number where you can be reached to schedule Fire Inspection: _____

9   **Additional Requirements:**   State License #_____ (Attach Copy)
    *PER SECTION 205.0535(5) Florida Statutes Federal I.D. #_____ (Attach Copy)
            Fictitious Name Registration #_____ (Attach Copy)

10. Reason for Fictitious Name Exemption:   Licensed Professional _____   First/Last Name Used in Business _____   Incorporated _____

11. HOME **OFFICE**: I have read and understand the regulations and limitations set forth by the City of Longwood concerning Home Offices and
    my business shall meet said requirements (LDC 5.5.0).  YES_____  NO_____

12. ADDITIONAL INFORMATION: _____

| Received: [1] | Received: [2] | Received: [3] |
| Planning Division: _____ [Date] | Fire Department: _____ [Date] | Date License Mailed: _____ [Date] |
| Planning Division: Approved: _____ Initial | Fire Department: Approved: _____ Initial | Comments: |
| *Disapproved: _____ Initial & Attach Explanation | *Disapproved: _____ Initial & Attach Explanation | |
| Forwarded to Fire Department. _____ [Date] | Comments: | |
| *When planning denies an application, they do so by letter. | | |

Signature of Applicant: _____   Date: _____

**Sole Proprietor Information** (complete this section if you are not a corporation)

Owners Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

**Applicant Name** (if other than owner): _____

## Corporate and Partnership Information

Corporate Name: _____

Address: _____

_____ Phone Number: _____

Corporate Document # _____ (Attach Copy)

### Officers or Partners:

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

Name: _____ Title: _____

Home Address: _____

Phone Number: _____ D.O.B. _____ D.L.#: _____

**LEASE SUMMARY**

A.    Date of Lease:      _____, 2015

B.    Landlord:      ILC, LLC, a Florida limited liability company

C.    Address:      1350 Orange Avenue, Ste. 100, Winter Park, Florida 32789

D.    Tenant:      AR HOMEEDUCATIONS, LLC, a Florida limited liability company

E.    Address:      4759 N Goldenrod Road, Apt C, Winter Park, FL 32792

F.    Premises:      1200 West S.R. 434, Ste. 226, Longwood, Florida 32750

G.    Base Rent:

| | | | |
|---|---|---|---|
| Year One | $16,185.00; | $1,348.75 | Monthly |
| Year Two | $16,670.55; | $1,389.21 | Monthly |
| Year Three | $17,170.67; | $1,430.89 | Monthly |

Applicable Florida State Sales Tax, currently at 7.0%, shall also be applied.

H.    Lease Term:      Thirty Six  (36) months

I.    Lease Commencement:      June ____, 2015

J.    Rent Commencement:      June ____, 2015

K.    Signage:      Tenant will have signage available on the directory in the lobby, at Landlord's cost.

L.    Landlord's Work:      See "Exhibit A-2".

M.    Use of Premises:      General Office use.

    **THIS LEASE SUMMARY** is incorporated into and forms a part of the Lease Agreement to which it is attached.

1

Initial _____

## LEASE AGREEMENT

THIS AGREEMENT made this __ day of _____, 2015 by and between **ILC, LLC** (hereinafter called "Landlord") and **AR HOMEEDUCATIONS, LLC** (hereinafter called "Tenant").

That Landlord for and in consideration of the covenants and agreements hereinafter set forth and the rent hereinafter specifically reserved, does hereby lease, unto Tenant, the space described as follows:

1.01  **Premises.**  Landlord hereby leases to Tenant and Tenant hereby leases from Landlord that certain office in the building located at 1200 West S.R. 434, Longwood, Florida 32750 (the "Building") in **Suite 226** (the "Premises"), consisting of approximately **1,245 Sq. Ft** situated on the **2nd floor** of the building, as shown on Exhibit "A" incorporated herein by reference.

2.01  **Term.**  The term shall be for Three Years, from June ___, 2015, until June ___, 2018 (or until such term shall sooner cease and expires).

3.01  **Base Rent.**  Tenant agrees to pay to Landlord the Base Rent, as shown in Section G of the Lease Summary, without notice or demand, the monthly sum, in advance, on or before the first day of each and every successive calendar month during the Lease Term.

Rent checks are to be made payable to **ILC, LLC**, at <u>1350 Orange Avenue, Ste. 100, Winter Park, Florida 32789</u>, or such other person, firm or corporation as the Landlord may hereafter designate in writing. All installments of rent are due on the first day of each month and considered late after the tenth (10th) day of that month. If the monthly rental payments are not made by the tenth (10th) of the month, Landlord may charge Tenant a ten (10%) percent late payment penalty.

In addition to the Base Rent and the Additional Rent, hereafter collectively referred to as "Rent", Tenant shall and hereby agrees to pay to Landlord each month a sum equal to any sales tax, tax on rentals, and any other charges, taxes and/or impositions now in existence or hereafter imposed based upon the privilege of renting the space leased hereunder or upon the amount of rental collected therefore. Nothing herein shall, however, be taken to require Tenant to pay any part of any Federal and State taxes on income imposed upon Landlord.

4.01  **Additional Rent.**  Base "Operating Expenses" and "Taxes" are included in the rental rates specified in Article 3.01 above, up to the levels actually incurred in 2015. Tenant shall pay to Landlord as "Additional Rent" Tenant's Proportionate Share of Operating Expenses and Taxes in excess of 2015 actual Operating Expenses and Taxes. As used herein the term:

(a)  "Tenant's Proportionate Share" shall mean the percentage which the net rentable square feet in the Premises then leased by the Tenant in the Building bears to the total net rentable square feet contained in the Building. For purposes of this Lease, Tenant's Proportionate Share shall be ____%.

(b)  "Operating Expenses" shall mean all expenses, costs and disbursements, of every kind and nature which Landlord shall pay or become obligated to pay because of or in connection with the maintenance, repair and/or operation of the Building and Land computed on the accrual basis, but shall not include the cost of individual tenant improvements, leasing commissions, or the replacement of capital investment items and new capital improvements unless such items and/or improvements result in the operating efficiency of the Building being increased, in which latter event the cost thereof shall be included in Operating Expenses. By way of explanation and clarification, but not by way of limitation, these Operating Expenses will include the following:

(i)  Wages and salaries of all employees to the extent they are engaged in operation and

2

Initial _____

**Einikis Attachment C**
**Page 12 of 84**

PX 21, Page 162

maintenance of the Building, employer's social security taxes, unemployment taxes or insurance, and any other taxes which may be levied on such wages and salaries, the cost of disability and hospitalization insurance, pension or retirement benefits, and any other fringe benefits for such employees. Such wages and salaries shall be limited to what is normal and customary in similar size in the area.

(ii) All supplies and materials used in operation and/or maintenance of the Building and Land.

(iii) Cost of all utilities, including water, sewer, electricity, gas and fuel oil used by the Building and Land and not charged directly to another tenant.

(iv) Cost of Building Management, rent for space used for management office (such space to be limited to what is normal and customary in similar buildings of similar size in the area), janitorial services, accounting and legal services not in connection with tenant disputes or such other matters arising out of Landlord's negligence, trash and garbage removal, servicing, maintenance, repair and replacement of all systems and equipment including, but not limited to, elevators, plumbing, heating, air conditioning, ventilating, lighting, electrical, security and fire alarms, fire pumps, fire extinguishers and hose cabinets, mail chutes, rent for space used as a mail room, guard service, painting, window cleaning, landscaping and gardening.

(v) "Taxes" shall mean all impositions, taxes, assessments (special or otherwise), water and sewer charges and rents, and other governmental liens or charges of any and every kind, nature and sort whatsoever, ordinary and extraordinary, foreseen and unforeseen, and substitute therefore, including all taxes whatsoever (except only those taxes of the following categories: any inheritance, estate, transfer or gift taxes imposed upon Landlord's or any income taxes specifically payable by Landlord as a separate tax paying entity without regard to Landlord's income source as arising from or out of the Building and/or the land on which it is located) attributable in any manner to the Building, the Land (however the term may be defined) receivable therefrom or any part thereof, or any use thereof, or any facility located therein or thereon or used in conjunction therewith or any charge or other payment required to be paid to any governmental authority, whether or not any of the foregoing shall be designated "real estate tax", "sales tax", "rental tax", "excise tax", "business tax", or designated in any other manner.

4.02    **Statements of Amounts Due and Payment of Additional Rent.**

(a)  Landlord agrees to maintain accounting books and records reflecting Operating Expenses of the Building in accordance with generally accepted accounting principles for no less than two (2) years. Landlord shall notify Tenant within sixty (60) days after the end of each calendar year during the Term of the amount which Landlord estimates (as evidenced by budgets prepared by or on behalf of Landlord) will be the amount of Tenant's Proportionate Share of Operating Expenses and Taxes for the then current calendar year. Tenant shall pay such sum in advance to Landlord in equal monthly installments, during the balance of said calendar year, on the first day of each remaining month in said calendar year commencing on the first day of the first month following Tenant's receipt of such notification. Provided, however, if the Landlord's estimate of Operating Expenses and Taxes for the then current calendar year, exceeds the actual figure for the same period for the previous year, then Tenant's obligation to make monthly payments shall be limited to the actual figure for the prior calendar year. Tenant's Proportionate Share of Operating Expenses and Taxes for the first year of the Term is $____ per rentable square foot, which sum shall be paid in equal monthly installments and is included with monthly payments of Rent. Within one hundred twenty (120) days following the end of each calendar year during the Term hereof, Landlord shall submit to Tenant a statement showing the actual amount of Operating Expenses and Taxes for the past calendar year, the amount thereof actually paid during that year by Tenant and the amount of the resulting balance due thereon, or overpayment thereof, as the

3

Initial _____

FTC-PLS-S3-0000649

**Einikis Attachment C**
**Page 13 of 84**

PX 21, Page 163

right to inspect Landlord's books and records, at Landlord's office, during normal business hours, after four days prior written notice, showing the Operating Expenses and Taxes for the Building for the calendar year covered by said statement. Said statement shall become final and conclusive unless Landlord receives written objections with respect thereto within said thirty (30) day period. Any balance shown to be due pursuant to said statement shall be paid by tenant to Landlord within thirty (30) days following Tenant's receipt thereof. Any overpayment shall be immediately credited against Tenant's obligation to pay expected Additional Rent in connection with anticipated Operating Expenses and Taxes, or if by reason of any termination of the Lease no such future obligation exists, refunded to Tenant. Anything herein to the contrary notwithstanding, Tenant shall not delay or withhold payment of any balance shown to be due pursuant to the statement rendered by Landlord to Tenant, pursuant to the terms hereof, because of any objection that Tenant may raise with respect thereto and Landlord shall immediately credit any overpayment found to be owing to Tenant against Tenant's Proportionate Share of Operating Expenses and Taxes for the then current calendar year (and future calendar years, if necessary) upon the resolution of said objection or, if at the time of the resolution of said objection of the Lease Term has expired, immediately refund to Tenant any overpayment found to be owing to Tenant.

4.03 **Operating Expense Adjustment**. In determining the Tenant's Proportionate Share of Operating Expenses for the purpose of this Section, if less than 95% of the Building shall have been occupied by tenants and fully used by them, at any time during the year, Operating Expenses shall be adjusted to an amount equal to the operating expense that would normally be expected to be incurred, had such occupancy been 95% and had full utilization been made during the entire period.

4.04 **Sale and Property Taxes.** Tenant agrees to pay, before delinquency, any and all taxes levied or assessed upon Tenant's equipment, furniture, fixtures and other personal property located in the Premises.

5.01 **Security Deposit.** Concurrently with Tenant's execution of this Lease, Tenant has deposited with Landlord the sum of **$1,500.00** as the Security Deposit for the faithful performance and observance by Tenant of the terms, provisions and conditions of this Lease. It is agreed that, in the event Tenant defaults in respect of any of the terms, provisions and conditions of this Lease, including, but not limited to, the payment of Rent, Landlord may use, apply or retain the whole or any part of the Security Deposit to the extent required for the payment of any Rent or any other sum as to which Tenant is in default or for any sum which Landlord may expend or may be required to expend by reason of Tenant's default in respect of any of the terms, covenants and conditions of this Lease, including, but not limited to, any damages or deficiency in the reletting of the Premises, whether such damage or deficiency accrued before or after summary proceedings or other re-entry by Landlord. Tenant shall remain liable for any amount that the Security Deposit shall be insufficient to pay. In the event Landlord applies any portion of the Security Deposit to remedy such default or to repair damages to the Premises caused by the Tenant, Tenant shall pay to Landlord, within fifteen (15) days, after written demand for such payment by Landlord, all monies necessary to restore the deposit up to the original amount. In the event that Tenant shall fully and faithfully comply with all of the terms, provisions, covenants and conditions of this Lease, the Security Deposit shall be returned to Tenant after the date fixed at the end of this Lease and after delivery of entire possession of the Premises to Landlord. In the event of a sale of the land and Building, of which the Premises form a part, Landlord shall have the right to transfer the Security Deposit to the vendee, and Landlord shall thereupon be released by Tenant from all liability for the return of the Security Deposit and Tenant agrees to look to the new Landlord solely for the return of the Security Deposit. It is agreed that the provisions hereof shall apply to every transfer or assignment made of the security to a new Landlord. Tenant further covenants that it will not assign or encumber the Security Deposit and that neither Landlord nor its assigns shall be bound by any such assignment or encumbrance. Landlord shall not be required to keep the security in a segregated account and the security may be commingled with other funds of Landlord, and in no event shall Tenant be entitled to

4

Initial _____

any interest on the security.

5.02 **Financial Statements.** Within ten (10) days after written request from Landlord, Tenant shall deliver to Landlord such financial statements as Landlord reasonably requires to verify the net worth of Tenant or any guarantor of Tenant. In addition, Tenant shall deliver to any prospective buyer or lender designated by Landlord any financial statements required by such lender to facilitate the sale, financing or refinancing of the Building. Tenant represents and warrants to Landlord that each such financial statement is a true and accurate statement as of the date of such statement. All financial statements shall be confidential and shall be used only for the purposes set forth in this Lease.

6.01 **Use of Premises.** The Tenant shall use and occupy the Premises for general office use and for no other purpose whatsoever.

7.01 **Upkeep of Premises.** The Tenant agrees that it will keep the Premises and the fixtures therein in good order and condition and will, at the expiration or other termination of the term hereof, surrender and deliver up the same in like good order and condition as the same now is or shall be at the commencement of the term hereof, ordinary wear and tear, and damage by the elements, fire, and other unavoidable casualty excepted, unless caused by negligence of Tenant or its agents or employees. All damage caused by Tenant's negligence, or that of its agents, servants, employees or visitors, shall be repaired promptly by Tenant at its sole cost and expense. In the event that the Tenant fails to comply with the foregoing provisions, after fifteen (15) days notice, the Landlord shall have the option to enter the Premises and make all necessary repairs at Tenant's cost and expense, the same to be added to and be payable with the next monthly installments of Rent. Any repairs that are considered to be of an emergency nature, in the opinion of the Landlord, shall be made immediately without requirement of fifteen (15) days prior notice.

8.01 **Assignment and Subletting.** The Tenant covenants and agrees not to encumber or assign this Lease or sublet all or any part of the Premises without the prior written consent of Landlord. If Landlord consents to an assignment or subletting, the assignee or sublessee shall first be obligated to assume, in writing, all of the obligations of Tenant under this Lease and Tenant shall, for the full term of this Lease, continue to be jointly and severally liable with such assignee or sublessee for the payment of the Rent and the performance of all obligations required by Tenant under this Lease. In no event shall Tenant assign or sublet the Premises for any terms, conditions and covenants other than those contained herein. In no event shall this lease be assigned or be assignable by operation of law or by voluntary or involuntary bankruptcy proceedings or otherwise, and in no event shall this Lease or any rights or privileges hereunder be an asset of Tenant under any bankruptcy, insolvency or reorganization proceedings. In no event shall the Landlord's allowance of an assignment of sublease be deemed to permit a subsequent assignment of sublease. The Assignee must meet the financial ability necessary to take Tenant's place, with such costs and expenses associated with incurring, maintaining and servicing any assignment or sublease. In that event Landlord shall consent to a sublease or assignment hereunder, Tenant shall pay Landlord reasonable fees, not to exceed One Thousand and No/100 ($1,000.00) Dollars, incurred in connection with the processing documents necessary to giving of such consent.

9.01 **Fire Insurance.** Landlord shall, at its expense, keep the Building insured against loss by fire or casualty with extended coverage in an amount determined by the Landlord, and said policy shall include a standard waiver of subrogation clause against Tenant. Tenant will not do or permit anything to be done in the Premises or the Building or keep anything therein which shall in any way increase the rate of fire or other insurance in the Building, or on the property kept therein, or obstruct, or interfere with the rights of other tenants, or in any way injure them or those having business with them, or conflict with the fire laws or regulations, or with any insurance policy upon the Building or any part thereof, or with any statutes, rules or regulations enacted or established by the appropriate governmental authority. In the

5

Initial _____

**Einikis Attachment C**
**Page 15 of 84**

PX 21, Page 165

event the cost of premiums on said fire and extended insurance increases due to the hazardous nature of the use and occupancy by Tenant of the Premises, then the entire increase in insurance cost shall be paid by Tenant as Additional Rent in a lump sum and on receipt of invoice from Landlord.

10.01 **Alterations and Improvements.** Tenant shall not cut, drill into, disfigure, deface or injure any part of the Premises; nor obstruct or permit any obstruction, alteration, addition, improvement, decoration or installation in the Premises without first obtaining the written permission of the Landlord. All alterations, additions, improvements, decorations or installations, including, but not limited to, partitions, railings, electrical and telephone outlets, air conditioning ducts or equipment (except movable furniture and fixtures put in at the expense of Tenant and removable without defacing or injuring the Building or the Premises) shall become the property of the Landlord at the termination of the term. Landlord, however, reserves the option to require Tenant, upon demand in writing, to remove all fixtures and additions, improvements, decorations or installations (including those not removable without defacing or injuring the Premises) upon lease termination and to restore the Premises to the same condition as when originally leased to Tenant, reasonable wear and tear excepted. Tenant agrees to restore the Premises immediately upon the receipt of the said demand in writing at its own cost and expense and agrees in case of its failure to do so, Landlord may do so and collect the cost thereof from Tenant as hereinafter provided.

In order to promote an aesthetically attractive, uniform appearance of the Building from the exterior, the Landlord shall furnish a standard building blind to be used on all exterior windows (regardless of interior treatment) of the Premises. Tenant shall not place anything or allow anything to be placed near the glass of any door, partition, wall or window which may be unsightly from outside the Premises.

11.01 **Tenant's Agreement.** Tenant further agrees that no sign, advertisement or notice shall be inscribed, painted or affixed on any part of the outside or inside of the Premises or Building, except on the directories and doors of offices, and then only in such size, color and style as the Landlord shall approve. Landlord shall have the right to prescribe the weight, and method of installation and position of safes or other heavy fixtures or equipment and Tenant will not install in the Premises any fixtures, equipment or machinery that will place a load upon any floor exceeding the floor load per square foot area which such floor was designed to carry. All damage done to the Building by taking in or removing a safe or any other article of Tenant's office equipment, or due to its being in the Premises, shall be repaired at the expense of the Tenant. No freight, furniture or other bulky matter of any description will be received into the Building or carried in the elevators, except as approved by the Landlord. All moving of furniture, material and equipment shall be under the direct control and supervision of the Landlord, who shall however, not be responsible for any damage to or charges for moving same. Tenant agrees promptly to remove from the public area adjacent to said Building any of Tenant's merchandise there delivered or deposited. Any damages shall be considered as Additional Rent and payable in accordance with Paragraph 3.01.

12.01 **Unusual Equipment.** The Tenant will not install or maintain any electrically operated equipment or other machinery except standard office machines without first obtaining the written consent of the Landlord, who may condition such consent upon the payment by the Tenant of Additional Rent as compensation for excess consumption of water and/or electricity occasioned by the operation of said equipment or machinery. The Tenant shall not place weight bearing items upon any floor or portion of any floor of the Premises exceeding whichever of the following is the lesser: (i) the floor load per square foot area which such floor was designed to carry, or (ii) the floor load per square foot area prescribed by law or applicable regulations. The Landlord reserves the right to prescribe the weight and position of all safes, heavy files and equipment which must be placed so as to distribute the weight. Business machines and mechanical equipment permitted to be placed in or upon the Premises shall be placed and maintained by Tenant at its expense in settings sufficient in the Landlord's judgment to absorb and prevent vibration, noise and annoyance.

6

Initial _____

FTC-PLS-S3-0000652

**Einikis Attachment C
Page 16 of 84**

PX 21, Page 166

13.01 **Tenant Equipment.** Maintenance and repair of equipment such as kitchen fixtures, separate air conditioning equipment, or any other type of special equipment, whether installed by Tenant or by Landlord on behalf of Tenant, shall be the sole responsibility of Tenant and Landlord shall have no obligation in connection therewith.

14.01 **Access.** Tenant further agrees that it will allow the Landlord, its agent or employees, to enter the Premises at all reasonable times by prior appointment or upon due notice during normal business hours to examine, inspect, or to protect the same or prevent damage or injury to the same, or to make such alterations and repairs to the Premises as the Landlord may deem necessary; or to exhibit the same to prospective tenants during the last three (3) months of the term of this Lease.

15.01 **Illegal Use.** The Tenant will not use or permit the Premises or any part thereof to be used for any disorderly, unlawful or extra hazardous purpose nor for any other purpose then hereinbefore specified; and will not manufacture any commodity therein, without the prior written consent of the Landlord.

16.01 **Rules and Regulations.** The Tenant covenants that the following rules and regulations, and additional rules and regulations attached hereto as Exhibit "B", and such other and further rules and regulations as the Landlord may make and which in the Landlord's judgment are needful for the general well-being, safety, care and cleanliness of the Premises and the Building of which they are a part together with their appurtenances, shall be faithfully kept, observed and performed by the Tenant, and by its agents, servants, employees and guests and failure to comply with the Rules and Regulations shall be considered a default in accordance with paragraph 22.01.

16.02 The sidewalks, entries, passages, elevators, public corridors and staircases and other parts of the Building which are not occupied by the Tenant shall not be obstructed or used for any other purpose than ingress and egress.

16.03 The Tenant shall not install or permit the installation of any awnings, shades, and the like other than those approved by the Landlord in writing.

16.04 Tenant may install additional locks upon its entry door of the Premises as long as Landlord is provided keys to said locks; and the doors leading to the corridors or main halls shall be kept closed during business hours except as they may be used for ingress and egress.

16.05 The Tenant shall not construct, maintain, use or operate within said Premises or elsewhere in the Building or on the outside of the Building, any equipment or machinery which produces music, sound or noise which is audible beyond the Premises.

16.06 Electric and telephone floor distribution boxes must remain accessible at all times.

16.07 Bicycles, motor scooters or any other type of vehicle shall not be brought into the lobby or elevators of the Building, or into the Premises.

17.01 **Damage.** All injury to the Premises or the Building, caused by moving the property of Tenant into or out of the Building and all breakage done by Tenant, or the agents, servants, employees and visitors of Tenant, shall be repaired by the Tenant, at the expense of the Tenant. In the event that the Tenant shall fail to do so within fifteen (15) days notice from the Landlord, then the Landlord shall have the right to make such necessary repairs, alterations and replacements (structural, non-structural or otherwise) and any charge or cost so incurred by the Landlord shall be paid by the Tenant with the right on the part of the Landlord to elect, in its discretion, to regard the same as Additional Rent, in which event such

7

Initial _____

**Einikis Attachment C**
**Page 17 of 84**

PX 21, Page 167

cost or charge shall become Additional Rent payable with the installment of rent next becoming due or thereafter falling due under the terms of this Lease. In the event that required repairs affect the safety or quiet enjoyment of other tenants in the Building, the Landlord reserves the right to demand immediate repair. This provision shall be construed as an additional remedy granted to the Landlord and not in limitation of any other rights and remedies which the Landlord has or may have in said circumstances.

18.01 **Personal Property.** All personal property of the Tenant in the Premises or in the Building shall be at the sole risk of the Tenant. The Landlord shall not be liable for any accident to or damage to property of Tenant resulting from the use or operation of elevators or of the heating, cooling, electrical or plumbing apparatus. Landlord shall not, in any event, be liable for damages to property resulting from water, steam or other causes. Tenant hereby expressly releases and agrees to hold Landlord harmless from any liability incurred or claimed by reason of damage to Tenant's property. Landlord shall not be liable in damages, nor shall this Lease be affected, for conditions arising or resulting, and which may affect the Building, due to construction on contiguous premises, with the exception of any negligence attributable to Landlord.

19.01 **Liability & Tenant's Insurance.** The Landlord assumes no liability or responsibility whatsoever with respect to the conduct and operation of the business to be conducted in the Premises. The Landlord shall not be liable for any accident to or injury to any person or persons or property in or about the Premises which are caused by the conduct and operation of said business or by virtue of equipment or property of the Tenant in said Premises. The Tenant agrees to hold the Landlord harmless against all such claims.

(a) Tenant shall, at Tenant's sole expense, obtain and keep in force during the Term and any extension or renewal hereof: (i) fire and extended coverage insurance with vandalism and malicious mischief endorsements and a sprinkler leakage endorsement (where applicable), on all of its personal property, including removable trade fixtures, located in the Premises, and on all leasehold improvements and all additions and improvements made by Tenant; and (ii) comprehensive general liability insurance, including contractual liability coverage, insuring Landlord (as an additional insured) and Tenant against any liability arising out of the ownership, use, occupancy or maintenance of the Premises and all areas appurtenant thereto.

(b) Said insurance shall be with insurance companies approved by Landlord. Such companies shall be responsible insurance carriers authorized to issue the relevant insurance, authorized to do business in Florida, and at least A rated in the most current edition of Best's Insurance Reports and shall have minimum limits of Five Hundred Thousand and No/100 Dollars ($500,000.00) for any loss of or damage to property from any one accident, and One Million and No/100 Dollars ($1,000,000.00) for death of or injury to any one person from any one accident. The limits of said insurance shall not, however, limit the liability of the Tenant hereunder. The policies cannot contain provisions which deny coverage because the loss is due to the fault of Landlord or Tenant. If Tenant shall fail to procure and maintain said insurance, Landlord may, but shall not be required to, procure and maintain same, but at the expense of Tenant. Tenant shall deliver to Landlord, prior to occupancy of the Premises, copies of policies of liability insurance required herein, or certificates evidencing the existence and amounts of such insurance, with loss payable clauses satisfactory to Landlord. No policy shall be cancelable or subject to reduction of coverage except after thirty (30) days prior written notice to Landlord. Notwithstanding anything herein to the contrary, Landlord shall have the right to review the Tenant's insurance no more frequently than once every year and to require Tenant to alter its insurance coverage to cover the effects of inflation and to include or eliminate certain provisions in the Tenant's insurance policy which reflect the then-current industry standards for this type of insurance coverage.

20.01 **Services.** The Landlord agrees to furnish the premises, subject to the regulations of the Building, and subject to the availability of utility services from the public utility companies and authorities

8

Initial _____

FTC-PLS-S3-0000654

**Einikis Attachment C
Page 18 of 84**

PX 21, Page 168

furnishing the requisite utility services to the Building, with a)heated and refrigerated air conditioning from 8:00 am to 6:00pm Monday thru Friday and from 8:00 am to 1:00 pm on Saturdays (excluding generally recognized holidays), at such temperatures and in such amounts as may reasonably be required; b) elevator service; c)water for domestic consumption; d) sewage service; e)sufficient electricity for normal and customary usage for the purposes for which the Premises are leased as determined by the Landlord; and f) daily janitorial services Monday thru Friday (excluding generally recognized holidays). All of the aforesaid shall be furnished by Landlord at no additional cost to Tenant in a manner and to the extent deemed by Landlord to be reasonable for an office building. Landlord shall also maintain all public and special service areas in a like manner. Landlord shall not be liable to Tenant for any interruption in the service of any utility as referenced above, including elevator service and air conditioning. It is understood that Landlord does not guarantee uninterrupted utility services to the premises and Tenant assumes the risk of any interruption of utility services caused by a failure or interruption of utility service from the utility company or authority providing that service. No interruption or failure of said services shall relieve Tenant from the obligation to pay the full amount of Rent herein reserved, unless electric service should remain disrupted for a period of longer than one week, in which case Tenant's Rent shall be pro-rated accordingly. Failure of services shall not constitute a constructive or other eviction of Tenant. Other Services, unless specifically included are expressly excluded. In the event Tenant's operations require electricity in excess of that specified above, Tenant shall request same in writing and Landlord may, at its option, provide such service; provided, however, that Tenant shall be responsible for the reasonable cost thereof, as notified by Landlord and shall pay same within ten (10) days following request for payment by Landlord, without set-off of defense.

If Tenant requires HVAC or Heat outside normal business hours as stated above, then tenant shall be responsible for the reasonable cost to cool or heat the premises during such additional hours. Within 10 days after Landlord's invoice for such cost, Tenant shall pay same without set-off or defense. Tenant must give Landlord 48 Hours notice to change HVAC or HEAT controls to meet the tenant's additional hours.

**21.01  Bankruptcy.** If the Tenant shall make an assignment of its assets for the benefit of creditors, of if the Tenant shall file a voluntary petition in bankruptcy, or if an involuntary petition in bankruptcy or for receivership is instituted against the Tenant and the same be not dismissed within thirty (30) days of the filing thereof, or If the Tenant be adjudged bankrupt, then and in any of said events this Lease shall immediately cease and terminate at the option of the Landlord with the same force and effect as though the date of said event is the day herein fixed for expiration of the term of this Lease.

**22.01  Default.** If Tenant defaults in the prompt payment of Rent and such default shall continue for ten (10) days after Rent is due; or in the performance or observance of any other provision of this Lease, including the rules and regulations, and such other default shall continue for three (3) days after written notice thereof shall have been given to Tenant; or if the leasehold interest of Tenant be levied upon because subject to a construction lien, or attached by process of law; or if Tenant abandons the Premises; then Landlord may terminate Tenant's right to possession without terminating this Lease, or may terminate this Lease, for as long as the default continues.

22.02  Upon termination of this Lease, whether by lapse of time or otherwise, or upon any termination of the Tenant's right to possession without termination of the Lease, the Tenant shall surrender possession and vacate the Premises immediately and deliver possession thereof to the Landlord.

22.03  Tenant shall be deemed to have abandoned the Premises if Rent is not currently paid and Tenant is absent from the Premises for a period of fifteen (15) days. If the Tenant abandons the Premises or otherwise entitles the Landlord so to elect, and if the Landlord elects to terminate the Tenant's right to possession only, without terminating the Lease, the Landlord may, at the Landlord's option, enter into the Premises, remove the Tenant's signs and other evidences of tenancy, and take

9

Initial _____

and hold possession thereof without such entry and possession terminating the Lease or releasing the Tenant, in whole or in part, from the Tenant's obligation to pay the rent hereunder for the full term. Upon and after entry into possession without termination of the Lease, the Landlord may re-let the Premises or any part thereof for the account of the Tenant to any person, firm or corporation other than the Tenant for such rent, for such time, and upon such terms and the Landlord in the Landlord's sole discretion shall determine so long as said terms are commercially reasonable. In any such case, the Landlord may make repairs, alterations, and additions in or to the Premises, and redecorate the same to the extent deemed by the Landlord necessary or desirable, and the Tenant shall, upon demand, pay the cost thereof together with the Landlord's expenses of the re-letting. If the consideration collected by the Landlord upon such reletting for the Tenant's account is not sufficient to pay the full amount of the unpaid rent reserved in this Lease, together with the costs of repairs, alterations, additions, redecorating, and the Landlord's expenses incurred in re-letting the Premises, the Tenant shall pay to the Landlord the amount of each deficiency upon demand. Tenant agrees that the Landlord shall not be liable for any damages resulting to the Tenant or the Tenant's property caused, directly or indirectly, by the Landlord's actions in the course of re-letting or re-taking possession of the Premises, whether caused by the negligence of the Landlord or otherwise.

22.04  If any voluntary or involuntary petition or similar pleading under any section or sections of any bankruptcy act shall be filed by or against Tenant, or any voluntary or involuntary proceedings in any court shall be instituted to declare Tenant insolvent or unable to pay Tenant's debts, or if Tenant makes an assignment for the benefit of its creditors, or a trustee or receiver is appointed for Tenant or for the major part of Tenant's property, then and in such event Landlord may, if Landlord so elects, with or without notice of such election and with or without entry or other action by Landlord, forthwith terminate this Lease and notwithstanding any other provisions of this Lease, Landlord shall forthwith upon such termination be entitled to recover damages in an amount equal to the then present value of the rent specified in Paragraph 3 of this Lease for the residue of the stated term hereof, less the fair rental income of the Premises received by Landlord for the residue of the stated term.

22.05  Tenant shall pay all Landlord's costs, charges and expenses, including the fees of counsel, agents and others retained by Landlord, incurred in enforcing Tenant's obligation hereunder or incurred by Landlord in any litigation, negotiation, bankruptcy or insolvency proceeding, transaction or appeal, including those in which Tenant causes Landlord, without Landlord's fault, to become involved or concerned. Tenant shall be entitled to fees, costs and expenses in the event it prevails in an action regarding this Lease. If Tenant violates any of the terms and provisions of this Lease, or defaults in any of it's obligations hereunder, other than the payment of Rent or other sums payable hereunder, such violation may be restrained or such obligation enforced by injunction. Tenant shall be entitled to fees, costs and expenses in the event it prevails in an action regarding this Lease.

22.06  Tenant agrees that it will promptly pay Rent at the times above stated; that, if any part of the Rent remains due and unpaid for sixty (60) days next after the same shall become due and payable, Landlord shall have the option of declaring the balance of the entire rental term of this Lease to be immediately due and payable, and Landlord may then proceed to collect all of the unpaid rent called for by this Lease by distress or otherwise.

22.07  All rights and remedies of Landlord herein enumerated shall be cumulative and none shall exclude any other right or remedy allowed by law. Venue for any legal action instituted under this Lease shall be in Orange County, Florida.

23.01 **Damage by Fire or Casualty.**  In the event of damage or destruction of the Premises by fire or any other casualty, this Lease shall not be terminated, but the Premises may be promptly and fully repaired and restored as the case may be by the Landlord at its own cost and expense. Due allowance, however, shall be given for reasonable time required for adjustment and settlement of insurance claims,

10

Initial _____

**Einikis Attachment C
Page 20 of 84**

PX 21, Page 170

and for such other delays as may result from government restrictions, and controls on construction, if any, and for strikes, national emergencies and other conditions beyond the control of the Landlord. It is agreed that in any of the aforesaid events, this Lease shall continue in full force and effect, but if the condition is such so as to make the entire Premises untenantable, then the rental which the Tenant is obligated to pay hereunder shall abate as of the date of the occurrence until the Premises have been fully and completely restored by the Landlord. Notwithstanding anything in this Lease to the contrary, if Landlord estimates that the amount of time required to repair the Premises is greater than one hundred eighty (180) days from the date the damage occurred, Landlord shall have the right to terminate this Lease as of the date of the damage by giving written notice to Tenant in accordance with Section 35.01.

If the Premises are partially damaged or destroyed, then during the period that Tenant is deprived of the use of the damaged portion of the Premises, Tenant shall be required to pay Rent covering only that part of the Premises that it is able to occupy, based on that portion of the Rent which the amount of square foot area remaining that can be occupied bears to the total square foot area of all the Premises covered by this Lease. No compensation or claim or diminution of Rent will be allowed or paid by Landlord, except to the extent of any insurance proceeds which may be paid, by reason of inconvenience, annoyance, or injury to business, arising from the necessity of repairing the Premises or the portion of the Building, however the necessity may occur.

24.01 **Condemnation.**  Tenant agrees if the said Premises, or any part thereof, shall be taken or condemned for public or quasi-public use or purpose by any competent authority, Tenant shall have no claim against the Landlord and shall not have any claim or right to any portion of the amount that may be awarded as damages or paid to the Landlord for its interest. Provided, however that the foregoing shall not be construed to assign or waive Tenant's rights to damages or compensation from the condemning authority. If all or a substantial part of the Premises shall be so condemned or taken, the term of this Lease shall cease and terminate from the date of such governmental taking or condemnation, and the Tenant shall have no claim against the Landlord for the value of any unexpired term of this Lease. If any part of the Building other than their Premises shall be so condemned or taken, Landlord may, at its sole option, terminate this Lease upon sixty (60) days written notice to Tenant of such termination. In no event shall the Landlord be liable to the Tenant for any business interruption, diminution in use of or for the value of any unexpired term of this Lease.

25.01 **Tenant Holdover.**  Tenant agrees that if Tenant does not surrender to Landlord said Premises at the end of the term of this Lease, or upon any cancellation of the term of this Lease, without prior written consent of Landlord, such holdover tenancy shall be a tenancy at sufferance, and Tenant shall pay to Landlord all damages that Landlord may suffer on account of Tenant's failure to surrender possession of said Premises, and will indemnify Landlord on account of delay of Landlord in delivering possession of said Premises to another Tenant. Unless Tenant's failure to surrender the Premises is consented to in writing by the Landlord, the rent during any holdover period shall be one and one-half times the rental provided for in Paragraph 3 of the Lease, upon written notice from Landlord to Tenant. The acceptance of such rent shall not be deemed to be consent to such continued occupancy nor shall it be deemed a waiver of any rights of the Landlord as set forth herein, at law or in equity.

26.01 **Tenant's Acceptance.**  Tenant accepts the Premises in "as-is" condition, provided that the Landlord will install partitions walls as shown on attached Exhibit "A" and repaint and carpet the leased premises. Any Tenant construction improvements must be approved by Landlord in writing before work commences.

27.01 **Offset Statement.**  Within ten (10) days after Landlord's request, Tenant shall execute in recordable form and deliver a declaration to any person designated by Landlord (a) ratifying this Lease (b) stating the commencement and termination dates of this Lease; and (c) certifying (i) that this Lease is in full force and effect and has not been assigned, modified, supplemented or amended (except by

11

Initial _____

such writing as shall be stated), (ii) that all conditions under this Lease to be performed by Landlord have been satisfied (stating exceptions, if any), (iii) no defenses or offsets against the enforcement of this Lease by Landlord exist (or, if any, stating those claimed), (iv) advance rent, if any, paid by Tenant, (v) the date to which rent has been paid, (vi) the amount of security deposited with Landlord, and such other information as Landlord reasonably requires. Persons receiving such statements shall be entitled to rely upon them.

28.01  **Attornment**.  Tenant shall, in the event of a sale or assignment of Landlord's interest in the Premises or the Building, or if the Premises or the Building comes into the hands of a mortgagee, ground lessor or any other person, attorn to the purchaser or such mortgagee or other person and recognize the same as Landlord hereunder.  At Landlord's request, Tenant shall execute, within ten (10) days, any attornment agreement required to be executed, containing such provisions as are required.

28.02  **Subordination by Tenant**.  This Lease, and Tenant's rights hereunder, are hereby made expressly subject and subordinate at all times to any and all mortgages, ground or underlying leases affecting the Premises which have been executed and delivered by Landlord, or its successors or assigns, or are hereafter created and any and all extensions and renewals thereof and substitutions therefore and modifications and amendments thereof, and to any and all advances made or to be made under or upon said mortgages, ground or underlying leases.  Tenant agrees to execute any instrument or instruments which the Landlord may deem necessary or desirable to further evidence the subordination of this Lease to any or all such mortgages, ground or underlying leases.  Tenant hereby irrevocably appoints Landlord as Attorney-in-fact for Tenant with full power and authority to execute and deliver in the name of Tenant any such instrument or instruments.  In the event the Tenant shall refuse after reasonable notice to execute such instrument or instruments, the Landlord may, in addition to any right or remedy occurring hereunder, terminate this leased without incurring any liability whatsoever and the estate hereby granted is expressly limited accordingly.  Tenant further agrees to make such reasonable modifications to this Lease (not increasing Tenant's obligations hereunder) as may be requested by the holder of any such mortgage, ground or underlying Lease.

29.01  **Failure to Execute Instruments.**  Tenant's failure to execute instruments or certificates provided for in this Lease within ten (10) days after the mailing by Landlord of a written request for their execution shall be a default under this Lease.

30.01  **Counterclaim.**  If Landlord commences any proceedings for non-payment of Rent, Tenant will not interpose any counterclaim of any nature or description in such proceedings.  This shall not, however, be construed as a waiver of Tenant's right to assert such claims in a separate action brought by Tenant.  The covenants to pay Rent and other amounts hereunder are independent covenants, and Tenant shall have no right to hold back, offset, or fail to pay any such amounts for default by Landlord or any other reason whatsoever.

31.01  **Waiver of Jury Trial**.  The parties hereto shall and they hereby do waive trial by jury in any action, proceeding or counterclaim brought by either of the parties hereto against the other on any matters whatsoever arising out of or in any way connected with this Lease, the relationship of Landlord and Tenant, Tenant's use or occupancy of the Premises, and/or claim of injury or damage.

32.01  **Waiver of Rights of Redemption.**  To the extent permitted by law, Tenant waives any and all rights of redemption granted by or under any present or future laws if Tenant is evicted or dispossessed for any cause, or if Landlord obtains possession of the Premises due to Tenant's default hereunder or otherwise.

33.01  **Liens.**  Tenant will pay all costs of construction done by it or caused to be done by it on the Premises as permitted by this Lease.  Tenant will keep the Building free and clear of all construction,

12

Initial _____

FTC-PLS-S3-0000658

**Einikis Attachment C**
**Page 22 of 84**