UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA, OFFICE OF THE
ATTORNEY GENERAL, DEPARTMENT
OF LEGAL AFFAIRS,
                Plaintiffs,

vs.                              Case No.: 6:15-cv-1016-Orl-28KRS

ALL US MARKETING LLC, f/k/a
PAYLESS SOLUTIONS, LLC, et al.,
                Defendants.
_____/

**STIPULATED ORDER APPROVING RECEIVER'S APPLICATION
FOR EXPANSION OF RECEIVERSHIP TO INCLUDE
NON-PARTY AFFILIATED COMPANY AR HOMEEDUCATIONS LLC**

THIS CAUSE came on for consideration of the Receiver's Application for Expansion of Receivership to Include Non-Party Affiliate (Doc. 71) filed by Mark J. Bernet in his capacity as receiver for All US Marketing LLC, f/k/a Payless Solutions, LLC, Global Marketing Enterprises Inc., f/k/a Pay Less Solutions Inc., Global One Financial Services LLC, Your #1 Savings LLC, Ovadaa LLC, and Royal Holdings of America LLC and their successors and assigns (the "Receiver"). By that application, the Receiver has applied to the Court for the entry of an order expanding the receivership to include the non-party AR Homeeducations LLC ("AR Homeeducations"). Initially, the Receiver advised the Court that the Defendant Gary Rodriguez and his companies opposed the relief requested in the application, as did Angel Rodriguez, on behalf of AR Homeeducations. After the Court scheduled a hearing on the matter for September 15, 2015, the Receiver submitted an "Unopposed Motion for Entry of Stipulated Order" (Doc. 78)—with a proposed stipulated order identical in all material respects to this Order attached thereto—advising the Court that entry of an order approving the Receiver's Application is no

{36133093;1}

longer opposed by any parties to this case, including Gary Rodriguez and his companies, nor is it opposed by Angel Rodriguez on behalf of AR Homeeducations.

The Court has considered the Receiver's Application and Unopposed Motion, and, noting that AR Homeeducations has agreed to the entry of this Order and that the relief requested is not otherwise opposed, finds that the Application and Motion should be granted. It is **ORDERED**:

1. The Receiver's Application (Doc. 71) is **APPROVED** as set forth herein, and Receiver's Unopposed Motion (Doc. 78) is **GRANTED**.

2. Mark J. Bernet previously has been appointed by this Court as the permanent receiver for All US Marketing LLC, f/k/a Payless Solutions, LLC, Global Marketing Enterprises Inc., f/k/a Pay Less Solutions Inc., Global One Financial Services LLC, Your #1 Savings LLC, Ovadaa LLC, and Royal Holdings of America LLC (collectively the "Receivership Defendants") and their successors and assigns, as set forth in the Court's Stipulated Preliminary Injunctions entered herein on July 7, 2015 (Docs. 53-58). Those preliminary injunctions, in Section VII, provide as follows:

> IT IS FURTHER ORDERED that Mark Bernet, Esq. is appointed Permanent Equity Receiver ("Receiver") for the Stipulating Receivership Defendants and any of their affiliates, subsidiaries, divisions, or sales or customer service operations, wherever located, with the full power of an equity receiver.

3. AR Homeeducations is an "affiliate" of one or more of the Receivership Defendants, in that (i) AR Homeeducations and one or more of the Receivership Defendants are united, in close connection, allied, associated or attached, and (ii) AR Homeeducations and one or more of the Receivership Defendants are directly or indirectly controlled by, or under common control with, one or more of the individual defendants.

4. Accordingly, AR Homeeducations is subject to all of the injunctive and receivership provisions imposed on the Receivership Defendants as set forth in the July 7, 2015

Stipulated Preliminary Injunction as to Defendants Gary Rodriguez, Marbel Rodriguez, Your #1 Savings LLC, and Global One Financial Services LLC (Doc. 56), a copy of which is attached to this Order as Exhibit 1. The definition of "Stipulating Receivership Defendants" in that order is amended as follows:

> "**Stipulating Receivership Defendants**" means Your #1 Savings LLC, Global One Financial Services LLC, and their successors and assigns, as well as any affiliates and subsidiaries, and any fictitious business entities or business names created or used by these entities, including, without limitation, AR Homeeducations LLC.

5. The hearing previously set for September 15, 2015, is **CANCELLED**.

SO ORDERED this \_\_11th\_\_ day of September, 2015.

_____
JOHN ANTOON II
United States District Judge

**SO STIPULATED:**

AR HOMEEDUCATIONS LLC

By: _____
Printed: Gary Rodriguez
Title: Manager
Dated: September 10, 2015

_____
Mark J. Bernet, Receiver
Dated: September 10, 2015

3

|  |  |
|---|---|
| Dated: _____, 2015 | JONATHAN E. NUECHTERLEIN<br>General Counsel<br><br>*James H. Davis* (digitally signed by James H. Davis, DN: cn=James H. Davis, o=Federal Trade Commission, ou=Midwest Region, email=jdavis@ftc.gov, c=US, Date: 2015.09.10 10:46:18 -05'00')<br><br>JAMES DAVIS, Trial Counsel<br>JOHN HALLERUD<br>Federal Trade Commission, Midwest Region<br>55 West Monroe Street, Suite 1825<br>Chicago, Illinois 60603<br>Telephone: (312) 960-5634<br>Facsimile: (312) 960-5600<br>Email: jdavis@ftc.gov<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |
| Dated: _____, 2015 | PAMELA JO BONDI<br>Attorney General<br>State of Florida<br><br>*Denise Beamer* (Digitally signed by Denise Beamer, DN: cn=Denise Beamer, o=Office of the Attorney General, State of Florida, ou=Consumer Protection, email=Denise.Beamer@myfloridalegal.com, c=US, Date: 2015.09.10 13:18:45 -04'00')<br><br>DENISE BEAMER<br>KRISTEN JOHNSON<br>Assistant Attorney General<br>Florida Bar # 69369<br>Florida Bar # _____<br>Email: Denise.Beamer@myfloridalegal.com<br>          Kristen.Johnson@myfloridalegal.com<br>Office of the Attorney General<br>Consumer Protection Division<br>135 W. Central Blvd., Suite 1000<br>Orlando, Florida 32801<br>Telephone: (407) 245-0833<br>Facsimile: (407) 245-0365 |

4

cc: All parties and counsel of record
Blair Jackson, Esquire (e-mail blair@nejamelaw.com) (Mr. Jackson has not appeared as counsel of record to any party in this case)