UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA, OFFICE OF THE
ATTORNEY GENERAL, DEPARTMENT
OF LEGAL AFFAIRS,

      Plaintiffs,

v.

                                                   Case No: 6:15-cv-1016-Orl-28KRS

ALL US MARKETING LLC, et al.,

      Defendants.

## ORDER

This case is before the Court on the Unopposed Motion for Entry of Stipulated Order for Permanent Injunction and Final Judgment (Doc. 111) submitted by Plaintiffs and Defendants Fariborz Fard, Shirin Imani, and Global Marketing Enterprises, Inc. These parties have included a proposed stipulated order (Doc. 111-1) with their motion.

Upon consideration of the motion and the proposed stipulated order, it is **ORDERED** that the Unopposed Motion for Entry of Stipulated Order for Permanent Injunction and Final Judgment (Doc. 111) is **DENIED without prejudice**. In section VII of the proposed order, the parties have proposed entry of a "suspended judgment" that Plaintiffs apparently agree not to enforce so long as certain conditions are met. The Court declines to enter such a "suspended judgment." The parties may, however, resubmit a motion and proposed order that instead includes an agreement by the stipulating Defendants to entry of a monetary judgment against them in the event they do not comply with obligations agreed to by the parties. The caption of any future filings shall designate the Defendants in this case either

by listing the first-named Defendant followed by "et al." or by listing all Defendants—not just those named in the initial Complaint. Additionally, any proposed order should be emailed to the chambers of the undersigned in word-processing format as well as filed as an attachment to a motion.

**DONE** and **ORDERED** in Orlando, Florida, on December 4th, 2015.

                                                                                    _____
                                                                                    JOHN ANTOON II
                                                                                    United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties