UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA, OFFICE OF THE
ATTORNEY GENERAL, DEPARTMENT
OF LEGAL AFFAIRS,

        Plaintiffs,

v.                                        Case No: 6:15-cv-1016-Orl-28KRS

ALL US MARKETING LLC, GLOBAL
MARKETING ENTERPRISES INC.,
GLOBAL ONE FINANCIAL SERVICES
LLC, YOUR '35;1 SAVINGS LLC,
OVADAA LLC, ROYAL HOLDINGS OF
AMERICA LLC, GARY RODRIGUEZ,
MARBEL RODRIGUEZ, CARMEN
WILLIAMS, JONATHAN PAULINO,
FARIBORZ FARD, SHIRIN IMANI, ALEX
SERNA, GRR FINANCIAL SERVICES,
LLC, AUTO GUARDIAN USA, LLC,
PREMIER MARKETING
INTERNATIONAL, LLC, CHRISTIAN
SERNA and KIMBERLY M. COARSE,

        Defendants.

## ORDER

The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 17, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties